**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613                ISAAC@RABILAW.COM

April 14, 2025

**Via Federal Express**

Insurance Zebra, Inc.

Attn: General Counsel

1801 E 6th St,

Suite 200

Austin, TX 78702

**Re: Notice of Infringement of Torus Ventures LLC's Patents**

Dear Sir/Madam:

This firm represents Torus Ventures LLC ("Torus") with respect to its patent portfolio licensing and litigation. Torus is the owner of the entire right, title, and interest in and to United States Patent No. 7,203,844 (the "'844 Patent"), entitled "Method and System for a Recursive Security Protocol for Digital Copyright Control," issued on April 10, 2007.

The inventions of the Patent were originally conceived and developed by William V. Oxford, who was a technical pioneer in the recursive security protocol industry. The Patent is directed to key features that allow present day security systems to be competitive in the modern marketplace. Further, the Patent and its early priority date make it essential to ongoing operations in the space.

Torus has been forced to initiate litigation to enjoin and/or require licensure of the Patent. Specifically, among many others, Torus has recently initiated the following lawsuits:

1. **Torus Ventures LLC v. Guaranty Bank & Trust, N.A.**, Cause No. 2-24-cv-01030 in the United States District Court for the Eastern District of Texas;

2. **Torus Ventures LLC v. Higginbotham Insurance Group, Inc**, Cause No. 2-24-cv-01031 in the United States District Court for the Eastern District of Texas;

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315    (773) 669 4590
CHICAGO, IL 60613                ISAAC@RABILAW.COM

3. **Torus Ventures LLC v. Hotchkiss Insurance Agency, LLC**, Cause No. 2-24-cv-01032 in the United States District Court for the Eastern District of Texas;

4. **Torus Ventures LLC v. Incline Insurance Group, LLC**, Cause No. 2-24-cv-01033 in the United States District Court for the Eastern District of Texas;

5. **Torus Ventures LLC v. Insurance Agents Alliance of Texas, Inc**, Cause No. 2-24-cv-01034 in the United States District Court for the Eastern District of Texas;

6. **Torus Ventures LLC v. Gulf States Financial Services, Inc**, Cause No. 2-24-cv-01035 in the United States District Court for the Eastern District of Texas.

Based on publicly available information, The Zebra infringes the Patent by making, using, selling, importing, and/or offering for sale products and services that practice the claimed inventions of the Patent, inducing others to make and use such products in an infringing manner, and/or contributing to the making and use of infringing products and services by others, including its customers, who directly infringe the Patent.

In particular, your website (the "accused instrumentality") infringes at least claim 1 of the '844 patent.

RABICOFF LAW LLC
4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613               ISAAC@RABILAW.COM

For example, the accused instrumentality infringes Claim 1 by practicing a method for recursive security protocol for protecting digital content, comprising: encrypting a bitstream (e.g., digital certificate, application data, etc.) with a first encryption algorithm (e.g., SHA256RSA encryption algorithm); associating a first decryption algorithm (e.g., SHA256RSA decryption algorithm) with the encrypted bit stream; encrypting both the encrypted bit stream (e.g., encrypted digital certificate, encrypted application data, etc.) and the first decryption algorithm (e.g., SHA256RSA decryption algorithm) with a second encryption algorithm (e.g., one of TLS_AES_128_GCM_SHA256, TLS_AES_256_GCM_SHA384, TLS_CHACHA20_POLY1305_SHA256, TLS_AES_128_CCM_SHA256, and TLS_AES_128_CCM_8_SHA256 encryption algorithms) to yield a second bit stream; and associating a second decryption algorithm (e.g., one of TLS_AES_128_GCM_SHA256, TLS_AES_256_GCM_SHA384, TLS_CHACHA20_POLY1305_SHA256, TLS_AES_128_CCM_SHA256, and TLS_AES_128_CCM_8_SHA256 decryption algorithm) with the second bit stream.



https://www.thezebra.com/

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM



https://www.thezebra.com/ (Certificate Viewer)

In TLS 1.3-based communication, a client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613                ISAAC@RABILAW.COM

The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

Figure 1 below shows the basic full TLS handshake:

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]

       ^ {Certificate*}
  Auth | {CertificateVerify*}
       v {Finished}            -------->
         [Application Data]    <------->  [Application Data]
```

(Digital Content annotation pointing to {Certificate*}, {CertificateVerify*}, {Finished}, [Application Data])

https://datatracker.ietf.org/doc/html/rfc8446

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613                ISAAC@RABILAW.COM

### 4.1.1. Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports. *[Second encryption]*

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms. *[First encryption]*

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613                ISAAC@RABILAW.COM

```
4.4.2.3.  Client Certificate Selection

   The following rules apply to certificates sent by the client:

   -  The certificate type MUST be X.509v3 [RFC5280], unless explicitly
      negotiated otherwise (e.g., [RFC7250]).

   -  If the "certificate_authorities" extension in the
      CertificateRequest message was present, at least one of the
      certificates in the certificate chain SHOULD be issued by one of
      the listed CAs.

   -  The certificates MUST be signed using an acceptable signature
      algorithm, as described in Section 4.3.2.  Note that this relaxes
      the constraints on certificate-signing algorithms found in prior
      versions of TLS.

   -  If the CertificateRequest message contained a non-empty
      "oid_filters" extension, the end-entity certificate MUST match the
      extension OIDs that are recognized by the client, as described in
      Section 4.2.5.
```

https://datatracker.ietf.org/doc/html/rfc8446



```
   This specification defines the following cipher suites for use with
   TLS 1.3.

           +------------------------------+-------------+
           | Description                  | Value       |
           +------------------------------+-------------+
           | TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
           |                              |             |
           | TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
           |                              |             |
           | TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
           |                              |             |
           | TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
           |                              |             |
           | TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
           +------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446

**RABICOFF LAW** LLC
4311 N RAVENSWOOD AVE STE 315   (773) 669 4590
CHICAGO, IL 60613                ISAAC @ RABILAW.COM

It is Torus's hope that its patent infringement claims concerning your website can be resolved through good faith negotiations and, ultimately, a license. In this regard, Torus's undersigned counsel is willing and available to discuss with you the terms of a license agreement with respect to the Patent.

Please feel free to contact me by email at isaac@rabilaw.com if you would like to engage in licensing discussions or if you have any questions. We look forward to receiving your response.

Sincerely,

/s/ Isaac Rabicoff
Isaac Rabicoff






FROM: FedEX Office
(972) 263-0042
841 MacArthur Park
Irving TX 75063
US

SHIP DATE: 14APR25
ACTWGT: 1.00 LB
CAD: 251115902/WSXI3600

BILL 3rd PARTY

TO Insurance Zebra, Inc ..
1801 E 6th St Suite 200

Austin TX 78702
(773) 669-4590

REF:
INV:
PO:
DEPT:

FedEx Ground

TRK# 2875 1345 5410

78702

9622 0417 3 (000 000 0000) 0 00 2875 1345 5410

0786   WED 04/16 04:90
INSURANCE ZEBRA, INC ..
1801 E 6TH ST
STE 200
AUSTIN TX

2403356

78702-2703-01   G

215-3575
ETP: 1
SP:PD:100:Y
96220417300000000000800287513455410