

(19)

**Europäisches Patentamt**

**European Patent Office**

**Office européen des brevets**



(11) **EP 0 903 886 B1**

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the grant of the patent:
**15.03.2006 Bulletin 2006/11**

(51) Int Cl.:
*H04L 9/00* (2006.01)          *H04N 7/167* (2006.01)
*H04L 9/18* (2006.01)          *H04K 1/00* (2006.01)
*H04L 9/06* (2006.01)          *H04L 9/32* (2006.01)

(21) Application number: **98117568.0**

(22) Date of filing: **16.09.1998**

(54) **Information transmission method and apparatus for combining multiplexing and encryption**

Übertragungsverfahren und -vorrichtung zum kombinierten Multiplexen und Verschlüsseln

Procédé et dispositif de transmission combinant le multiplexage et le chiffrage

(84) Designated Contracting States:
**DE FR GB**

(30) Priority: **18.09.1997  JP 25315897**

(43) Date of publication of application:
**24.03.1999  Bulletin 1999/12**

(73) Proprietor: **MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.**
**Kadoma-shi, Osaka-fu (JP)**

(72) Inventors:
• **Kataoka, Mitsuteru**
**Fujisawa-shi,**
**Kanagawa-ken (JP)**
• **Harada, Takenosuke**
**Yokohama-shi,**
**Kanagawa-ken (JP)**

• **Machida, Kazuhiro**
**Inzai-shi,**
**Chiba-ken (JP)**
• **Masuda, Isao**
**Tokyo-to (JP)**

(74) Representative: **Altenburg, Udo et al**
**Patent- und Rechtsanwälte**
**Bardehle . Pagenberg . Dost .**
**Altenburg - Geissler**
**Galileiplatz 1**
**81679 München (DE)**

(56) References cited:
**EP-A- 0 403 456          US-A- 5 420 866**
**US-A- 5 509 071          US-A- 5 631 960**

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

**EP 0 903 886 B1**

**Description**

BACKGROUND OF THE INVENTION

Field of the Invention

**[0001]** The present invention relates generally to a method and an apparatus for encrypting information in computer communication and data broadcasting, and transmitting the encrypted information.

Description of the Background Art

**[0002]** In Fig. 25, a conventional information transmission apparatus is shown. The conventional information transmission apparatus 1900 includes a transmitting unit 1910, transmitter 1920, and receiving unit 1930. Description is now made by taking two types of specific-examples, those are information transmission in the Internet as Example 1 and digital broadcasting as Example 2. A plurality of receiving units 1930 may correspond to one transmitting unit 1930.

**[0003]** The transmitting unit 1930 produces transmission information It obtained by subjecting an information unit Iu to multiplexing and encryption, and output thereof. The information unit Iu is a collection of electronic data having meanings for a user, for example, such as text information, voice information, still image information, moving image information, HTML (Hypertext Makeup Language) information, and their combination.

Transmitting unit 1910

**[0004]** The transmitting unit 1910 contains an information unit generator 1911, a multiplexer 1912, a lower layer scrambler 1913, and a sender 1914.

**[0005]** The information unit generator 1911 generates a plurality of information units Iu, and outputs thereof. In Example 1, the information unit generator 1911 outputs the information units Iu which are, for example, a text the user entered with a keyboard or the like, and an image taken into a computer, and others already stored in the computer. The information unit generator 1911 is an input screen portion of electronic mail software, and a server in a broadcasting station on the Internet, for example.

**[0006]** On the other hand, in Example 2, all information units Iu generated are previously stored in the information unit generator 1911. A method for merely selectively outputting the information units Iu in accordance with a pre-determined schedule is considered. The information unit generator 1911 is a broadcasting station system containing a program management system in a sending system of digital broadcasting, a cart machine of a VTR, an MPEG-2 encoder, an EPG (Electronic Program Guide) management sending system of digital broadcasting, and the like. Additional information such as EPG must be sent out with the same contents thereof maintained for a long time. Therefore, the same contents may, in

some cases, are repeatedly outputted in a period on the order of seconds in the information unit generator 1911.

**[0007]** The multiplexer 1912 receives the plurality of information units Iu outputted by the information unit generator 1911. Then, the multiplexer 1912 multiplexes the inputted information units Iu, and outputs the multiplexed information units Iu as multiple information Im. By the multiplexing, the plurality of information units Iu are converted into a format (multiple information Im) suitable for efficient transmission in the transmitter 1920.

**[0008]** In Example 1, the multiplexer 1912 is an MIME (Multi-purpose Internet Mail Extensions) encoder used for sending multimedia information by an electronic mail on the Internet, for example. In this case, the multiplexer 1912 respectively takes text information, image information, voice information, and so forth which are the plurality of information units Iu as parts. Then the multiplexer 1912 converts the parts into a multipartite message conforming to MIME for collecting the plurality of parts, and outputs the message. The formal specification of the MIME is defined by RFC (Request for Comments) 1521/1522.

**[0009]** On the other hand, in Example 2, the multiplexer 1912 is a service multiplexer for obtaining TS (Transport Stream) of an MPEG-2 systems from a plurality of stream data, for example. The MPEG-2 systems and the TS are standardized by ISO/IEC CD 13818-1. In this case, the multiplexer 1912 divides each of the plurality of information units Iu outputted by the information unit generator 1911 into packets called PES (Packetized Elementary Stream) , and multiplexes the obtained packets on the basis of a certain rule.

**[0010]** The lower layer scrambler 1913 receives the multiple information Im outputted by the multiplexer 1912, and encrypts the multiple information Im in accordance with a predetermined encryption algorithm, and outputs the encrypted result as encrypted multiple information Ime. In Example 1, the lower layer scrambler 1913 may be software PGP (Pretty Good Privacy) on which an RSA cipher which is a public key cipher, for example, mounted therein is started with an encryption option. An output of the lower layer scrambler 1913 is a text of an electronic mail encrypted using the RSA cipher. The RSA cipher is described in detail in an article entitled by R. L. Rivest, A. Shamir, and L. Adleman which are contrivers themselves "A Method for Obtaining Digital Signatures and Public Key Cryptosystems" (Vol. 21, No. 2 issued on February, 1978 in Communications of the ACM). The PGP is described in detail in an article entitled by Simson Garfinkel "PGP: Pretty Good Privacy" (O'Reilly & Associates).

**[0011]** On the other hand, in Example 2, the lower layer scrambler 1913 may be, for example, a scrambler of a transport layer. The lower layer scrambler 1913 encrypts a payload portion of inputted TS of MPEG-2 using an encryption algorithm such as MULTI2 and DES(the Data Encryption Standard), and outputs the encrypted TS of the MPEG-2 which is the result thereof. Note that MULTI2 described in ARIB report No. 74 is developed by Hitachi

3                    EP 0 903 886 B1                    4

Ltd. for the application of digital broadcasting system.

[0012]    The sender 1914 receives the encrypted multiple information Ime outputted by the lower layer scrambler 1913, and converts the encrypted multiple information Ime into transmission information It which will be inputted to the transmitter 1920. In Example 1, the sender 1914 is a program for adding a mail header composed of a destination field, a sender field, and so forth to the text of the electronic mail. An output of the sender 1914 is the text of the electronic mail to which the mail header is added. On the other hand, in Example 2, the sender 1914 is an error-correcting encoder and a modulator for the TS of the MPEG-2.

Transmitter 1920

[0013]    The transmitter 1920 transmits the inputted transmission information It to a physically distant point. Both inputs and outputs of the transmitter 1920 are the transmission information It. All the inputs of the transmitter 1920 may not appear in the outputs to the receiving unit 1930 without any error. In Example 1, the transmitter 1920 is a plurality of mail communication daemons which are connected to each other by a channel such as the Internet for interpreting and executing an SMTP (Simple Mail Transfer Protocol). Examples of the typical mail communication daemon include "sendmail". The formal specification of the SMTP is defined by RFC 821, RFC 822, and RFC 974. The sendmail is described in detail in an article entitled by E. Allman ""SENDMAIL - An Internetwork Mail Router" Unix Programmer's manual" (CSRG U. C. Berkeley issued on July, 1983).

[0014]    On the other hand, in Example 2, the transmitter 1920 is constituted by an up-converter, a parabola antenna for sending data to a satellite, a communication satellite, and a ground receiving antenna.

Receiving unit 1930

[0015]    The receiving unit 1930 receives the transmission information It transmitted by the transmitter 1920, and presents an information unit Iu to a user. The receiving unit 1930 includes a receiver 1931, a lower layer descrambler 1932, a demultiplexer 1933, a reproducer 1934, a storage 1935, and presenter 1936.

[0016]    The receiver 1931 receives the transmission information It outputted by the transmitter 1920, and takes out the whole or a part of thereof. Then, the receiver 1931 reproduces an encrypted multiple information Ime based on the transmission information It taken out. In Example 1, the receiver 1931 is a front end program for mail transmission. On the other hand, in Example 2, the receiver 1931 is the connection of a satellite broadcasting tuner, a demodulator and an error-correcting decoder.

[0017]    The lower layer descrambler 1932 receives the encrypted multiple information Ime outputted by the receiver 1931, and decrypts the encrypted multiple information Ime, and reproduces the multiple information Im.

In Example 1, the lower layer descrambler 1932 is a PGP program which is started with a decryption option. On the other hand, in Example 2, the lower layer descrambler 1932 is a descrambler of the transport layer.

[0018]    The demultiplexer 1933 separates each information unit Iu from the multiple information Im, takes out the separated information unit Iu, and outputs the information unit Iu taken out. In Example 1, the demultiplexer 1933 is an MIME decoder, and separates the text information, the image information, and so forth which are the respective parts included in the multipartite message as separate information, to take out the separate information. On the other hand, in Example 2, the demultiplexer 1933 is a demultiplexer for the TS of the MPEG-2. The demultiplexer 1933 separates a plurality of streams which are multiplexed by the MPEG-2 systems.

[0019]    The reproducer 1934 receives the information unit Iu outputted by the demultiplexer 1933, and produces a reproduction information Ir1 which is reproducible information. In Example 1, the reproducer 1934 may be a text file viewer, image file presenting software, etc. On the other hand, in Example 2, the reproducer 1934 may be an MPEG-2 decoder for reproducing voices or images encoded by the MPEG-2, for example. In this case, the output is an NTSC (National Television System Standard Committee) signal or an analog voice signal.

[0020]    The storage 1935 receives the reproduction information outputted by the reproducer 1934, and stores the first reproduction information Ir1. Then, the storage 1935 also outputs the first reproduction information Ir1 therefrom as a second reproduction information Ir2 on demands for reproduction. This operation is hereinafter merely referred to as "reproduction". It is to be noted that the first and second reproduction information Ir1 and Ir2 are identical with respect to the contents thereof, but different in time for the presentation, as described soon later.

[0021]    In Example 1, the storage 1935 may be a file system in OS (operating System) or software for managing the classification of electronic mails. On the other hand, in Example 2, the storage 1935 may be a VTR (Video Tape Recorder) or VCR (Video Cassette Tape Recorder) for recording and reproducing an NTSC signal and an analog voice signal.

[0022]    The presenter 1936 receives the first reproduction information Ir1 and outputted by the reproducer 1934 and the second reproduction information Ir2 outputted by the storage 1935, and presents either one or both of the information to a user. In Example 1, the presenter 1936 may be a window system such as X-window or Microsoft Windows for presenting image and voice to a user. On the other hand, in Example 2, the presenter 1936 may be a television receiver for inputting and receiving an NTSC signal and an analog voice signal, for example.

[0023]    In Fig. 26, an example of encrypted multiple information unit Ime0d produced by the information transmission apparatus 1900 is shown. According to this example, the encrypted multiple information unit Ime0d in-

cludes four information units Iu1d, Iu2d, Iu3d, and Iu4d each indicated by a circle in the drawing. A rectangle indicated by a dot line represents an encrypted multiple information unit Ime obtained by encrypting the information units Iu1d, Iu2d, Iu3d, and Iu4d once in the lower layer information scrambler 1913. In other words, all the information units Iu1d, Iu2d, Iu3d, and Iu4d are encrypted with the same cipher, and are protected by the single encryption layer in the transportation level.

**[0024]** The information units Iu1d, Iu2d, Iu3d, and Iu4d represents a tourist resort guide considering the weather forecast, a weather forecast for the tourist resorts, a weather forecast for allover the country, and a weather forecast for a local area, respectively. These sub-tiles with respect to weather forecast are encrypted to generate a total weather forecast program Iue. Thus, there is no hierarchical order among these sub-tiles from the view point of encryption.

<u>In Operation</u>

**[0025]** With reference to Figs. 27 and 28, the operation of the conventional information transmission apparatus 1900 is described below. In Fig. 27, a flow chart showing the operation performed by the transmitting unit 1910 and the transmitter 1920 is shown.

**[0026]** At step S2001, the information unit generator 1911 generates a plurality of information units Iu, and outputs the generated information units Iu. Examples of the generation of the information units Iu include a method in which a user enters information units Iu and designates a file as in Example 1, and a case where information units Iu are selectively outputted from stored information units Iu in accordance with a predetermined schedule as in Example 2.

**[0027]** At step S2002, the multiplexer 1912 multiplexes the information units Iu generated at step S2001, and outputs the result thereof a.s multiple information Im. The multiple information Im is multipartite data conforming to the MIME in the case of Example 1 , while being data representing the TS of the MPEG-2 systems in the case of Example 2.

**[0028]** At step S2003, the lower layer scrambler 1913 encrypts the multiple information Im obtained by the multiplexing at step S2002, and produces the encrypted multiple information Ime. In Example 1, the multiple information Im is encrypted using the RSA cipher or the like. On the other hand, in Example 2, the payload portion of the TS of the MPEG-2 is encrypted using a MULTI2 cipher manufactured by Hitachi Ltd., for example.

**[0029]** At step S2004, the sender 1914 converts the encrypted multiple information Ime obtained by the encryption at step S2003 into a format which is transmittable or suitable for transmission by the transmitter 1920, and produces the transmission information It. In Example 1, information obtained by adding information, for example, "To : " field, "From : " field to the head of the text of the mail which is encrypted multiple information Ime is out-

putted as transmission information It. On the other hand, in Example 2, information obtained by encoding the TS of the MPEG-2 using an error-correcting code and then, modulating the encoded TS is outputted.

**[0030]** At step S2005, the transmitter 1920 transmits the transmission information It to a physically distant point. In Example 1, the mail communication daemons mounted on one or a plurality of computers connected are communicated to a computer network such as the Internet or a LAN (Local Area Network) on the basis of the SMTP. Thus, the mail is transmitted from the mail communication daemon on one of the computers to the mail communication daemon on the other computer.

**[0031]** On the other hand, in Example 2, transmission information It obtained by the conversion in the up-converter is transmitted to the communication satellite by the parabolic antenna. The communication satellite transmits the received transmission information It to the ground by a transponder. The transmission information It from the communication satellite is received by the ground receiving antenna.

**[0032]** With reference to Fig. 28, the operation performed by the receiving unit 1930 is described, here below. In Fig. 28, the operations of taking out an information unit Iu in real time from the transmission information It, presenting the information unit Iu to the user, storing the information unit Iu as required by the user, and later viewing the information unit Iu again are specifically shown.

**[0033]** At step S2101, when the user views the information unit Iu in real time from the transmission information It, the procedure advances to step S2102. When the user views the information unit Iu previously stored in the storage 1935, the procedure advances to step S2109.

**[0034]** At step S2102, the receiver 1931 receives the transmission information It from the transmitter 1920, and takes out a part or the whole of the encrypted multiple information Ime from the inputted transmission information It. In Example 1, processing for taking but one electronic mail data addressed to a specific user is performed. On the other hand, in Example 2, processing for filtering a particular packet storing information to be found by a PID (Packet ID), and selecting and extracting the packet is performed by tuning to a predetermined frequency.

**[0035]** At step S2103, the lower layer descrambler 1932 receives the encrypted multiple information Ime outputted by the receiver 1931, and decrypts the encrypted multiple information Ime, and outputs multiple information Im. In Example 1, the lower layer descrambler 1932 is the PGP program started with a decryption option. Decryption is performed using the RSA cipher by the PGP program, and the result of the decryption is outputted. On the other hand, in Example 2, the multiple information Im encrypted using the MULTI2 cipher is decrypted, to obtain multiple information Im.

**[0036]** At step S2104, the demultiplexer 1933 separates each information unit Iu from the multiplexed information units Im and takes out the information unit Iu. In Example 1, the demultiplexer 1933 separates for each

part the multipartite message obtained by multiplexing on the basis of the MIME. As a result, the text information, the image information, the voice information, and so forth which are the respective parts are separated as discrete information units Iu.

[0037]   On the other hand, in Example 2, the demultiplexer 1933 separates the plurality of streams multiplexed by the MPEG-2 systems on the basis of a PID (Packet ID, a packet identifier). As a result, additional information such as an MPEG-2 video stream, an MPEG-1 audio stream, and EPG are separated as discrete information units Iu. An MPEG-2 video is standardized by ITU-T H. 262, and a MPEG-1 audio is standardized as ISO/IEC 11172-3 Standard.

[0038]   At step S2105, the reproducer 1934 receives the information unit Iu outputted by the demultiplexer 1933, and produces the first reproduction information Ir1 which is reproducible information. In Example 1, when the information unit Iu is text information, for example, fonts corresponding to respective character codes are selected and listed, to generate a bitmap format as the reproduction information Ir1. When the information unit Iu is in an image information format such as JPEG (Joint Photographics Experts Group), it is expanded into the bitmap format, and the result of the expansion is outputted as reproduction information. The JPEG is standardized by ISO/IEC 10918. When the information unit Iu is voice information, it is converted into an analog voice signal by the same function as that of a digital-to-analogue (D/A) converter. And the analog voice signal is also outputted as reproduction information.

[0039]   On the other hand, in Example 2, when the information unit Iu obtained at step S2104 is the MPEG-2 video stream, the MPEG-2 video is decoded, and outputs the NTSC signal as reproduction information. When the information unit Iu is a voice stream, it is converted into an analog voice signal by D/A conversion, and the analog voice signal is outputted.

[0040]   At step S2106, the presenter 1936 presents the first reproduction information Ir1 obtained at step S2105 to the user in accordance with the format of the reproduction information. In Example 1, when the reproduction information obtained at step S2105 is in the bitmap format, the presenter 1936 arranges and presents the reproduction information Ir1 on a display screen. Thus, the reproduction information Ir1 is presented to the user. When the reproduction information obtained at step S2105 is an analog voice signal, the analog voice signal is converted into sound by being sent to a speaker, and is visually presented to the user.

[0041]   On the other hand, in Example 2, an NTSC signal as the reproduction information which is obtained at step S2105 is received on a display, the analog voice information is sent to a speaker, and the reproduction information is presented to the user.

[0042]   At step S2107, the procedure advances to step S2108 in a case where an attempt to store information in the current transmission information It is made by pre-

senting the intention of the user, while proceeding to step S2101 in the other case. Specific examples of a case where the intention of the user is presented include a case where it is designated while being viewed and a case where it is previously set by a timer or the like.

[0043]   At step S2108, the reproduction information generated at step S2105 is stored in the storage 1935. Thereafter, the procedure advances to step S2101. Reproduction information Ir1 may be additionally stored in the storage 1935, or the information Ir1 already stored may be overwritten by the additionally stored information Ir1. Alternatively, in a case where information with an old version has been already stored in the storage 1935, the information with an old version may be replaced.

[0044]   In Example 1, the reproduction information is stored and arranged in a file system. The information units Iu are arranged in the order of arrival, by sending person, and by topic, for example. On the other hand, in Example 2, the reproduction information such as images and voices is recorded on a video tape or the like. For example, additional information other than images and voices which are multiplexed in a NTSC vertical blanking period may be simultaneously stored. In a case where digital information is recorded as it is, a plurality of streams other than images and voices may be simultaneously recorded.

[0045]   At step S2109, the first reproduction information Ir1 stored in the storage 1935 is outputted therefrom as the second reproduction information Ir2. In Example 1, the reproduction information Ir2 (Irl) selected by the user out of the reproduction information Ir1 arranged and stored in the file system is outputted. On the other hand, in Example 2 , images and voices are reproduced from the video tape or the like. Although the selection of the reproduction information Ir2 (Ir1) which the user desires to select may be automated by being realized as the function of the storage 1935, the user himself or herself may also selects the video tape or the like and set the selected video tape in the storage 1935.

[0046]   At step S2110, the presenter 1936 presents the reproduction information outputted at step S2109 to the user. Thereafter, the procedure returns to step S2101. The operation at step S2110 may be the same as that at step S2106 except that the procedure returns to step S2101.

[0047]   However, as described in the above, the conventional information transmission apparatus 1900 faces to the following two main problems. The first problem is that there is a restriction on the degree of freedom to setting the resistance of a cipher against unfair decryption. In general, the higher the resistance of the cipher to unfair decryption is, the more resources such as computer resources and processing time are required for decryption processing performed by a fair decrypting method. Therefore, encryption using a cipher having necessary and sufficient resistance is required depending on secrecy required of an object to be encrypted.

[0048]   For example, when encryption higher in secre-

cy is required of an information unit Iu which is a part of information to be transmitted, the information unit Iu which is the part must be subjected to encryption using a cipher having higher resistance. For example, when in a weather forecast program, a weather forecast for allover the country is free and is not encrypted. However, a detailed forecast for the local area is charged, and a weather forecast custom-maid for each user is charged extra. Therefore, the detailed forecast for the local area must be subjected to encryption higher in secrecy than the weather forecast for allover of the country, and the custom-made weather forecast must be subjected to encryption higher in secrecy than the detailed forecast for the local area.

[0049]   Although in many of ciphers, the resistance of the cipher can be theoretically adjusted by increasing the size of a key of cryptanalysis, the resistance of the cipher does not necessarily have a sufficient degree of freedom due to the restriction on hardware for decryption generally used, for example.

[0050]   When the hardware for decryption using a cipher having an increased degree of freedom is used, however, some disadvantages occur. For example, a receiving unit 1930 becomes complicated, and special hardware must be prepared. In a case where a key is changed for information units Iu encrypted using ciphers which differ in resistance, encryption and decryption must be performed for each information unit Iu in the worst case, which is not efficient.

[0051]   The second problem is that the information unit Iu must be decrypted before it is stored. In general, when charged information is sent in a media which can be accessed by all people, for example, such as broadcasting. In such a charged broadcasting, information is transmitted in an encrypted state in a transmitting unit 1910, and fees are charged at the time point where the information is decrypted in a receiving unit 1930 in many cases. This is for preventing unfair viewing of users who do not pay fees.

[0052]   It is necessary for the conventional information transmission apparatus 1900 to store the reproduction information Ir which is generated by decrypting the transmission information It produced by encrypting the information unit Iu sent from the transmitting unit 1910 before the user views the information unit Iu not in real time but some time after transmission. Let consider a case where information units Iu which may be viewed are previously stored and are later viewed.

[0053]   When a relatively large number of information units Iu which may be later viewed are stored, some of the information units Iu are not eventually viewed even if they have been decrypted from the transmission information It. In a case where fees are charged at the same time that the information units Iu are descrambled when they are stored, it is disadvantageous for a user. Conversely, when a relatively small number of information units Iu which are to be always later viewed are carefully selected and stored, an information unit Iu cannot be

viewed even when a user desires to view the information unit Iu later because it is not stored. The reason for this is that generally it is significantly difficult for the user himself or herself to previously determine which of the information units Iu will be later viewed.

[0054]   On the other hand, a method of changing the structure of the receiving unit and storing transmission information It as it is also considered. In this method, when a additional information such as EPG having the same content are repeatedly sent, such information is overlapped with each other. Furthermore, the information units Iu including old and new contents are both stored regardless the version thereof, even though the newest one of them, for example, the number of survivors in a plane accident and software whose version is updated, is worthwhile. Therefore, the capacity of the storage is wasted, which is not realistic, and excess processing is required in taking out the newest information unit Iu.

[0055]   Patent specification US 5,509,071 describes a system for use in an electronic cryptosystem for providing a sender with electronic proof of receipt by an intended recipient of an electronic artefact. The sender separately encrypts a requested artefact and an acknowledgement with a first and second key. The sender then encrypts the encrypted artefact and encrypted acknowledgement together to a message using a third key. The recipient decrypts the received message to recover the encrypted artefact and the encrypted acknowledgement. Whereas the artefact is decrypted by the recipient using a decryption key provided by the sender, the acknowledgement is not decrypted by the recipient but sent back to the sender.

[0056]   Patent specification US 5,420,866 describes a multiplexed communication system in which different sets of conditional access information to a remote location are provided. Each set of conditional access information is inserted into a respective sequence of transport packets and a unique packet ID is assigned to the transport packet. A decoder at the remote location can employ a transmitted table to identify and extract the transport packets that carry a selected one of the sets of conditional access information.

SUMMARY OF THE INVENTION

[0057]   The present invention has been made to solve the above-described conventional problems. At first aspect of the present invention, an information transmission apparatus in use for an information transmission system where an encrypted information comprised of a plurality of information units each hierarchically encrypted and multiplexed to each other is communicated between at least two parties, the information being encrypted for the transmission, the apparatus comprises:

    an information unit generator for producing the information unit;
    a first encryption unit for encrypting the information

unit with a first predetermined encryption system to produce an encrypted information unit; and
a first multiplexer for multiplexing at least one of the information unit and the encrypted information unit to produce a multiplexed information unit.

**[0058]**    As apparently from the above, according to the first aspect of the present invention, it is possible to produce the encrypted informationcomprised of a plurality of information units which are hierarchically encrypted and multiplexed to each other in various combination.

**[0059]**    According to a second aspect, in the first aspect of the present invention, an information transmission apparatus further comprises:

a second encryption unit for encrypting the multiple information with a second predetermined encryption system to produce the encrypted multiplexed information; and
a second multiplexer for multiplexing the encrypted information unit to produce the multiplexed information.

**[0060]**    As apparently from the above, according to the second aspect of the present invention, it is possible to encrypt each of information units with different encryption system, ensuring the encryption resistance against unfair access the information.

**[0061]**    According to a third aspect, in the second aspect of the present invention, an information transmission apparatus further comprises:

a third encryption unit for encrypting the multiplexed information with a third predetermined encryption system to produce an encrypted multiple information unit.

**[0062]**    According to a fourth aspect, in the third aspect of the present invention, an information transmission apparatus, wherein the third predetermined encryption system is the same as that applied to the encrypted information.

**[0063]**    According to a fifth aspect, in the third aspect of the present invention, an information transmission apparatus, wherein the second predetermined encryption system is the same as the third predetermined encryption system.

**[0064]**    According to a sixth aspect, in the third aspect of the present invention, an information transmission apparatus, wherein the first, second, and third predetermined encryption systems are the same.

**[0065]**    According to a seventh aspect, in the first aspect of the present invention, an information transmission apparatus further comprises:

a transmitter for converting the encrypted multiplexed information into a format suitable for an efficient transmission.

**[0066]**    According to an eighth aspect, in the first aspect of the present invention, an information transmission apparatus, wherein the first encryption unit encrypts the information unit with an encryption system suitable for the transmission of information.

**[0067]**    According to an eighth aspect, an information transmission apparatus in use for an information transmission system where an encrypted information comprised of a plurality of information units each hierarchically encrypted and multiplexed to each other is communicated between at least two parties, the information being encrypted for the transmission, the apparatus comprising:

a first decryption unit for decrypting the encrypted information with a first decryption system to produce a first multiplexed information unit;
a first demultiplexer for demultiplexing the first multiplexed information unit into any of a first encrypted information unit, a second multiplexed information unit and the information unit; and
a second decryption unit for decrypting the first encrypted information unit with a second decryption system to produce the information unit or a second encrypted information unit.

**[0068]**    According to a tenth aspect, in the ninth aspect of the present invention, an information transmission apparatus further comprising:

a second demultiplexer for demultiplexing the second multiplexed information unit;
a third decryption unit for decrypting the second encrypted information unit with a third predetermined decryption system to produce the information unit.

**[0069]**    According to an eleventh aspect, in the ninth aspect of the present invention, an information transmission apparatus, wherein the first decryption system is the same as that applied to the encrypted information.

**[0070]**    According to a twelve aspect, in the first aspect of the present invention, an information transmission apparatus further comprises:

a storage provided between the first demultiplexer and the second decryption unit for storing any of the first and second encrypted information units.

**[0071]**    According to a thirteenth aspect, in the twelve aspect of the present invention, an information transmission apparatus further comprises:

a reproducer for receiving the encrypted information units from the second decryption unit to produce a reproduction information indicating a content the encrypted information, the reproducer requesting the storage to supply the stored encryption information unit to the second decryption unit.

**[0072]**    According to a fourteenth aspect of the present invention, an information transmission method for transmitting an encrypted information comprised of a plurality of information units each hierarchically encrypted and multiplexed to each other is communicated between at least two parties, the information being encrypted for the transmission, the method comprising the steps of:

producing the information unit;
encrypting the information unit with a first predetermined encryption system to produce an encrypted information unit; and
multiplexing at least one of the information unit and the encrypted information unit to produce a multiplexed information unit.

**[0073]**    As apparently from the above, according to the fourteenth aspect of the present invention, it is possible to produce the encrypted information comprised of a plurality of information units which are hierarchically encrypted and multiplexed to each other in various combination.

**[0074]**    According to a fifteenth aspect, in the fourteenth aspect of the present invention, an information transmission method further comprising the steps of:

encrypting the multiple information with a second predetermined encryption system to produce the encrypted multiplexed information; and
multiplexing the encrypted information unit to produce the multiplexed information.

**[0075]**    As apparently from the above, according to the fourteenth aspect of the present invention, it is possible to encrypt each of information units with different encryption system, ensuring the encryption resistance against unfair access the information.

**[0076]**    According to a sixteenth aspect, in the fifteen aspect of the present invention, an information transmission method further comprises:

encrypting the multiplexed information with a third predetermined encryption system to produce an encrypted multiple information unit.

**[0077]**    According to a seventeenth aspect, in the sixteenth aspect of the present invention, an information transmission method, wherein the third predetermined encryption system is the same as that applied to the encrypted information.

**[0078]**    According to an eighteenth aspect, in the sixteenth aspect of the present invention, an information transmission method, wherein the second predetermined encryption system is the same as the third predetermined encryption system.

**[0079]**    According to a nineteenth aspect, in the sixteenth aspect of the present invention, an information transmission method, wherein the first, second, and third predetermined encryption systems are the same.

**[0080]**    According to a twentieth aspect, in the fourteenth aspect of the present invention, an information transmission method further comprising the step of:

converting the encrypted multiplexed information into a format suitable for an efficient transmission.

**[0081]**    According to a twenty first aspect, in the fourteenth aspect of the present invention, an information transmission method, wherein at the encrypting step the information unit is encrypted with an encryption system suitable for the transmission of information.

**[0082]**    According to a twenty second aspect of the present invention, an information transmission method for transmitting an encrypted information comprised of a plurality of information units each hierarchically encrypted and multiplexed to each other is communicated between at least two parties, the information being encrypted for the transmission, the method comprising the steps of:

decrypting the encrypted information with a first decryption system to produce a first multiplexed information unit;
demultiplexing the first multiplexed information unit into any of a first encrypted information unit, a second multiplexed information unit and the information unit; and
decrypting the first encrypted information unit with a second decryption system to produce the information unit or a second encrypted information unit .

**[0083]**    According to a twenty third aspect, in the twenty second aspect of the present invention, an information transmission method further comprising the steps of:

demultiplexing the second multiplexed information unit;
decrypting the second encrypted information unit with a third predetermined decryption system to produce the information unit.

**[0084]**    According to a twenty fourth aspect, in the twenty second aspect of the present invention, an information transmission apparatus, wherein the first decryption system is the same as that applied to the encrypted information.

**[0085]**    According to a twenty fifth aspect, in the fourteenth aspect of the present invention, an information transmission apparatus further comprising the step of:

storing any of the first and second encrypted information units.

**[0086]**    According to a twenty sixth aspect, in the twenty fifth aspect of the present invention, an information transmission apparatus further comprising the step of:

a reproducer for receiving the encrypted information units from the second decryption unit to produce a reproduction information indicating a content the encrypted information, the reproducer requesting the storage to supply the stored encryption information unit to the second decryption unit.

**[0087]** According to a twenty seventh aspect of the present invention, an information transmission system for transmitting an encrypted information comprised of a plurality of information units each hierarchically encrypted and multiplexed to each other is communicated between at least two parties, the information being encrypted for the transmission, the system comprises:

an information unit generator for producing the information unit;

a first encryption unit for encrypting the information unit with a first predetermined encryption system to produce an encrypted information unit;

a first multiplexer for multiplexing at least one of the information unit and the encrypted information unit to produce a multiplexed information unit;

a first decryption unit for decrypting the encrypted information with a first decryption system to produce a first multiplexed information unit;

a first demultiplexer for demultiplexing the first multiplexed information unit into any of a first encrypted information unit, a second multiplexed information unit and the information unit; and

a second decryption unit for decrypting the first encrypted information unit with a second decryption system to produce the information unit or a second encrypted information unit.

**[0088]** As apparently from the above, according to the twenty seventh aspect of the present invention, it is possible to produce the encrypted information comprised of a plurality of information units which are hierarchically encrypted and multiplexed to each other in various combination. It is also possible to reproduce the information from thus hierarchically encrypted and multiplexed informaion.

**[0089]** According to a twenty eighth aspect, in the twenty seventh aspect of the present invention, an information transmission system further comprises:

a second encryption unit for encrypting the multiple information with a second predetermined encryption system to produce the encrypted multiplexed information; and

a second multiplexer for multiplexing the encrypted information unit to produce the multiplexed information.

**[0090]** As apparently from the above, according to the twenty eighth aspect of the present invention, it is possible to encrypt each of information units with different en-

cryption system, ensuring the encryption resistance against unfair access the information.

**[0091]** According to a twenty ninth aspect, in the twenty eighth aspect of the present invention, an information transmission system further comprising:

a third encryption unit for encrypting the multiplexed information with a third predetermined encryption system to produce an encrypted multiple information unit.

**[0092]** According to a thirtieth aspect, in the twenty ninth aspect of the present invention, an information transmission system, wherein the third predetermined encryption system is the same as that applied to the encrypted information.

**[0093]** According to a thirty first aspect, in the twenty ninth aspect of the present invention, an information transmission system, wherein the second predetermined encryption system is the same as the third predetermined encryption system.

**[0094]** According to a thirty second aspect, in the twenty ninth aspect of the present invention, an information transmission system, wherein the first, second, and third predetermined encryption systems are the same.

**[0095]** According to a thirty third aspect, in the twenty seventh aspect of the present invention, an information transmission system further comprising:

a transmitter for converting the encrypted multiplexed information into a format suitable for an efficient transmission.

**[0096]** According to a thirty fourth aspect, in the twenty seventh aspect of the present invention, an information transmission system, wherein the first encryption unit encrypts the information unit with an encryption system suitable for the transmission of information.

**[0097]** According to a thirty fifth aspect, in the twenty seventh aspect of the present invention, an information transmission system further comprises:

a second demultiplexer for demultiplexing the second multiplexed information unit;

a third decryption unit for decrypting the second encrypted information unit with a third predetermined decryption system to produce the information unit.

**[0098]** According to a thirty sixth aspect, in the twenty seventh aspect of the present invention, an information transmission system, wherein the first decryption system is the same as that applied to the encrypted information.

**[0099]** According to a thirty seventh aspect, in the twenty seventh aspect of the present invention, an information transmission system apparatus further comprises:

a storage provided between the first demultiplexer

and the second decryption unit for storing any of the first and second encrypted information units.

**[0100]** According to a thirty eighth aspect, in the thirty aspect of the present invention, an information transmission system further comprises:

a reproducer for receiving the encrypted information units from the second decryption unit to produce a reproduction information indicating a content of the encrypted information, the reproducer requesting the storage to supply the stored encryption information unit to the second decryption unit.

BRIEF DESCRIPTION OF THE DRAWINGS

**[0101]**

Fig. 1 is a block diagram showing an information transmission apparatus according to a first embodiment of the present invention,
Fig. 2 is a graph in assistance of explaining an encrypted multiple information unit produced by the information transmission apparatus of Fig. 1,
Fig. 3 is a flow chart showing operations performed by the transmitting unit and transmitter in the information transmission apparatus of Fig. 1,
Fig. 4 is a flow chart showing operations performed by the receiving unit in the information transmission apparatus according to Fig. 1.
Fig. 5 is a block diagram showing an information transmission apparatus according to a second embodiment of the present invention,
Fig. 6 is a graph in assistance of explaining an encrypted multiple information unit produced by the information transmission apparatus of Fig. 5,
Fig. 7 is a flow chart showing operations performed by the transmitting unit and transmitter in the information transmission apparatus of Fig. 5,
Fig. 8 is a flow chart showing operations performed by a receiving unit in the information transmission apparatus of Fig. 5,
Fig. 9 is a block diagram showing an alternative of the information transmission apparatus of Fig. 5,
Fig. 10 is a block diagram showing an information transmission apparatus according to a third embodiment of the present invention,
Fig. 11 is a graph in assistance of explaining an encrypted multiple information unit produced by the information transmission apparatus of Fig. 10,
Fig. 12 is a flow chart showing operations performed by a receiving unit in the information transmission apparatus of Fig. 10,
Fig. 13 is a block diagram showing an alternative of the information transmission apparatus of Fig. 10,
Fig. 14 is a block diagram showing an information transmission apparatus according to a fourth embodiment of the present invention,

Fig. 15 is a flow chart showing operations performed by a transmitting unit and transmitter in the information transmission apparatus of Fig. 14,
Fig. 16 is a flow chart showing operations performed by a receiving unit in the information transmission apparatus of Fig. 14,
Fig. 17 is a flow chart showing operations performed by storage in the information transmission apparatus of Fig. 14,
Fig. 18 is a block diagram showing an information transmission apparatus according to a fifth embodiment of the present invention,
Fig. 19 is a flow chart showing operations performed by a transmitting unit and transmitter in the information transmission apparatus of Fig. 18,
Fig. 20 is a flow chart showing operations performed by a receiving unit in the information transmission apparatus of Fig. 18,
Fig. 21 is a block diagram showing an alternative of the information transmission apparatus of Fig. 18,
Fig. 22 is a block diagram showing an information transmission apparatus according to a sixth embodiment of the present invention,
Fig. 23 is a flow chart showing operations performed by a receiving unit in the information transmission apparatus of Fig. 22,
Fig. 24 is a block diagram showing an alternative of the information transmission apparatus of Fig. 22,
Fig. 25 is a block diagram showing a conventional information transmission apparatus,
Fig. 26 is a graph in assistance of an encrypted multiple information unit produced by the information transmission apparatus of Fig. 25,
Fig. 27 is a flow chart showing operations performed by the transmitting unit and transmitter in the information transmission apparatus of Fig. 25, and
Fig. 28 is a flow chart showing operations performed by a receiving unit in the information transmission apparatus of Fig. 25.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

**[0102]** Preferred embodiments according to the present invention are described in detail with reference to the attached drawings Figs. 1 to 24.

(First Embodiment)

**[0103]** With reference to Figs. 1 to 3, here below, an information transmission apparatus according to a first embodiment of the present invention is described. Description is now made by taking two types of specific examples, those are information transmission in the Internet as Example 1 and digital broadcasting as Example 2. The information transmission apparatus 100 includes a transmitting unit 110, transmitter 120, and a receiving unit 130.

Transmitting unit 110

**[0104]** The transmitting unit 110 includes information unit generator 111 , an information unit scrambler 112, a multiplexer 113, a lower layer scrambler 114, and, a sender 115. The information unit generator 111 generates a plurality of information units Iu, and outputs thereof. In Example 1, the information unit generator 111 outputs the information units Iu which are, for example, a text the user entered with a keyboard or the like, and an image taken into a computer, and others already stored in the computer. The information unit generator 111 may be an input screen portion of electronic mail software, and a server in a broadcasting station on the Internet, for example.

**[0105]** On the other hand, in Example 2, all information units Iu generated are previously stored in the information unit generator 111. A method for merely selectively outputting the information units Iu in accordance with a predetermined schedule is considered. The information unit generator 111 is a broadcasting station system containing a program management system in a sending system of digital broadcasting, a cart machine of a VTR, an MPEG-2 encoder, an EPG (Electronic Program Guide) management sending system of digital broadcasting, and the like. Additional information such as EPG must be sent out with the same contents thereof maintained for a long time. Therefore, the same contents may, in some cases, are repeatedly outputted in a period on the order of seconds in the information unit generator 111.

**[0106]** The information unit scrambler 112 is connected to the information unit generator 111 for receiving the information unit Iu therefrom to encrypt the inputted information units Iu. Then the information unit scrambler 112 outputs the result of encryption as an encrypted information units Iue. An object to be encrypted once is a set having elements which are information units Iu or the results of the encryption. The encrypted information unit Iue shall be defined as follows.

**[0107]** Definition 1: The encrypted information unit Iue is also an information unit Iu.

**[0108]** Definition 2: A set of information units Iu or encrypted information units Iu is also an encrypted information unit Iue.

**[0109]** Definition 3: The result of encrypting an encrypted information unit Iue is also an encrypted information unit Iue.

**[0110]** The multiplexer 113 is connected to the information unit generator 111 and the information unit scrambler 112 for receiving the information unit Iu and the encrypted information unit, respectively, therefrom. Then, the multiplexer 113 multiplexes the information received from the information unit generator 111 and/or the information unit scrambler 112, and outputs the multiplexed result as a multiple information unit Im therefrom.

**[0111]** The multiplexer 113 is further connected to the output port thereof for receiving the multiple information Im produced thereby to multiplex again. Furthermore, the output port of the multiplexer 113 is also connected to the input port of the information unit scrambler 112, so that the information unit scrambler 112 can encrypts the multiple information unit Im to produce the encrypted information unit Iue.

**[0112]** Thus, the multiplexer 113 handles the encrypted information units Iue outputted by the information unit scrambler 112 as objects to be multiplexed, similarly to the information units Iu outputted by the information unit generator 111. The encrypted information units Iue handed at a time by the information unit scrambler 112 are handled upon being considered to be equal to one information unit Iu. The multiplexer 113 may add the information units Iu outputted from the information unit generator 111 to the encrypted information units Iue previously inputted from the information unit scrambler 112, and multiplex them.

**[0113]** Specifically, the multiplexer 113 receives the plurality of information units Iu outputted by the information unit generator 111. Then, the multiplexer 113 multiplexes the inputted information units Iu, and outputs the multiplexed information units Iue as multiple information Im. By the multiplexing, the plurality of information units Iu are converted into a format (multiple information 1m) suitable for efficient transmission in the transmitter 120.

**[0114]** In Example 1, the multiplexer 113 is an MIME (Multi-purpose Internet Mail Extensions) encoder used for sending multimedia information by an electronic mail on the Internet, for example. In this case, the multiplexer 113 respectively takes text information, image information, voice information, and so forth which are the plurality of information units Iu as parts. Then the multiplexer 113 converts the parts into a multipartite message conforming to MIME for collecting the plurality of parts, and outputs the message. The formal specification of the MIME is defined by RFC (Request for Comments) 1521/1522.

**[0115]** On the other hand, in Example 2, the multiplexer 113 is a service multiplexer for obtaining TS (Transport Stream) of an MPEG-2 systems from a plurality of stream data, for example. The MPEG-2 systems and the TS are standardized by ISO/IEC CD 13818-1. In this case, the multiplexer 113 divides each of the plurality of information units Iu outputted by the information unit generator 111 into packets called PES (Packetized Elementary Stream) , and multiplexes the obtained packets on the basis of a predetermined rule.

**[0116]** The lower layer scrambler 114 is connected to the multiplexer 113 for receiving the multiple information Im therefrom to encrypt thereof. Then, the lower layer scrambler 114 outputs the encryption result as the encrypted multiple information Ime therefrom. Specifically, the lower layer scrambler 114 receives the multiple information Im outputted by the multiplexer 113, and encrypts the multiple information Im in accordance with a predetermined encryption algorithm. Then, the lower layer scrambler 114 outputs the encrypted result as encrypted multiple information Ime.

**[0117]** In Example 1, the lower layer scrambler 114

may be software PGP (Pretty Good Privacy) on which
an RSA cipher which is a public key cipher, for example,
mounted therein is started with an encryption option. An
output of the lower layer scrambler 114 is a text of an
electronic mail encrypted using the RSA cipher. The RSA
cipher is described in detail in an article entitled by R. L.
Rivest, A. Shamir, and L. Adleman which are contrivers
themselves "A Method for Obtaining Digital Signatures
and Public Key Cryptosystems" (Vol. 21, No. 2 issued
on February, 1978 in Communications of the ACM). The
PGP is described in detail in an article entitled by Simson
Garfinkel "PGP: Pretty Good Privacy" (O'Reilly & Asso-
ciates).

**[0118]** On the other hand, in Example 2, the lower layer
scrambler 114 may be, for example, a scrambler of a
transport layer. The lower layer scrambler 114 encrypts
a payload portion of inputted TS of MPEG-2 using an
encryption algorithm such as MULTI2, and outputs the
encrypted TS of the MPEG-2 which is the result thereof.

**[0119]** The sender 115 is connected to the lower layer
scrambler 114 for receiving the encrypted multiple infor-
mation Ime therefrom to produce the transmission infor-
mation It, and outputs produced transmission information
It therefrom. Specifically, the sender 115 converts the
encrypted multiple information Ime outputted from the
lower layer scrambler 114 into the transmission informa-
tion It which will be inputted to the transmitter 120.

**[0120]** In Example 1, the sender 115 is a program for
adding a mail header composed of a destination field, a
sender field, and so forth to the text of the electronic mail.
An output of the sender 115 is the text of the electronic
mail to which the mail header is added. On the other
hand, in Example 2, the sender 115 is an error-correcting
encoder and a modulator for the TS of the MPEG-2.

## Transmitter 120

**[0121]** The transmitter 120 receives the transmission
information It outputted by the sender 115, and transmits
the transmission information It to a physically distant
point. Both inputs and outputs of the transmitter 120 are
the transmission information It. All the inputs of the trans-
mitter 120 may not appear in the outputs to the receiving
unit 130 without any error. In Example 1, the transmitter
120 is a plurality of mail communication daemons which
are connected to each other by a channel such as the
Internet for interpreting and executing an SMTP (Simple
Mail Transfer Protocol). Examples of the typical mail
communication daemon include "sendmail". The formal
specification of the SMTP is defined by RFC 821, RFC
822, and RFC 974. The sendmail is described in detail
in an article entitled by E. Allman " "SENDMAIL - An In-
ternetwork Mail Router" Unix Programmer's manual"
(CSRG U. C. Berkeley issued on July, 1983).

**[0122]** On the other hand, in Example 2, the transmitter
120 is constituted by an up-converter, a parabola anten-
na for sending data to a satellite, a communication sat-
ellite, and a ground receiving antenna.

## Receiving unit 130

**[0123]** The receiving unit 130 receives the transmis-
sion information It from the transmitter 120. Then, the
receiving unit 130 variously processes the transmission
It to reproduce the information unit Iu included therein,
and finally presents the reproduction information Ir which
is the contents of information unit Iu to a user. The re-
ceiving unit 130 includes receiver 131, a lower layer de-
scrambler 132, demultiplexer 133, an information unit de-
scrambler 134, reproducer 135, and presenter 136.

**[0124]** The receiver 131 is connected to the transmitter
120 for receiving the transmission information It there-
from, and produces the encrypted multiple information
Ime. Specifically, the receiver 131 receives the transmis-
sion information It outputted by the transmitter 120, and
takes out the whole or a part of thereof, then, the receiver
131 produces the encrypted multiple information Ime
based on the transmission information It.

**[0125]** In Example 1, the receiver 131 is a front end
program for mail transmission. On the other hand, in Ex-
ample 2, the receiver 131 is the connection of a satellite
broadcasting tuner, a demodulator and an error-correct-
ing decoder.

**[0126]** The lower layer descrambler 132 is connected
to the receiver 131 for receiving the encrypted multiple
information Ime therefrom, and produces the multiple in-
formation Im. The lower layer descrambler 132 receives
the encrypted multiple information Ime outputted by the
receiver 131, and decrypts the encrypted multiple infor-
mation Ime, and produces the multiple information Im. In
Example 1, the lower layer descrambler 132 is a PGP
program which is started with a decryption option. On the
other hand, in Example 2, the lower layer descrambler
132 is a descrambler of the transport layer.

**[0127]** Note that, the encrypted multiple information
Ime produced by the receiver 131 is substantially the
same in content as the encrypted multiple information
Ime produced by the lower layer scrambler 114 of the
transmitting unit 110, but can be different in the encrypt-
ing format or encrypting method. Of course, it is also pos-
sible to reproduce the completely same encrypted mul-
tiple information Ime as that produced by the lower layer
scrambler 114.

**[0128]** The demultiplexer 133 is connected to the lower
layer descrambler 132 for receiving the multiple informa-
tion Im therefrom. The demultiplexer 133 separates the
encrypted information unit Iue from the multiple informa-
tion Im, and outputs the separated encrypted information
unit Iue therefrom. When the information decrypted from
the multiple information includes the information unit Iu
which does not need the decryption, the demultiplexer
133 outputs the encrypted information unit Iue and the
information unit Iu, separately.

**[0129]** Specifically, in Example 1, the demultiplexer
133 is an MIME decoder, and separates the text infor-
mation, the image information, and so forth which are the
respective parts included in the multipartite message as

separate information, to take out the separate information. On the other hand, in Example 2, the demultiplexer 133 is a demultiplexer for the TS of the MPEG-2. The demultiplexer 133 separates a plurality of streams which are multiplexed by the MPEG-2 systems.

[0130]    The information unit descrambler 134 is connected to the demultiplexer 133 for receiving only the encrypted information unit Iue therefrom. Then, the information unit descrambler 134 decrypts the received encrypted information unit Iue to produce the information unit Iu. However, when the encrypted information unit Iue is a multiple encrypted information unit such as those repeatedly encrypted by the information unit scrambler 112, or repeatedly multiplexed by the multiplexer 113, as described in the above.

[0131]    In the former case that the encrypted information unit Im has been repeatedly encrypted by the scrambler 112, another encrypted information unit Iue still remains even after decryption by the information unit descrambler 134 itself. The information unit descrambler 134 outputs such remained encrypted information unit Iue and information unit Iu separately from discrete output ports, respectively. For decrypting such remained encrypted information unit Iue, the information unit descrambler 134 is further connected to one of output ports thereof for returning the remained encrypted information unit Iue thereto. The information unit descrambler 134 repeats this feed back operation, until the remained encrypted information unit Iue does not appear after decryption thereby.

[0132]    In the latter case that the encrypted information unit Iue has been repeatedly multiplexed by the multiplexer 113, another multiple information unit Im still remains therein even after demultiplexing by the demultiplexer 133. Since such remained multiple information unit is hierarchically multiplexed and encrypted, it is necessary first to decrypt the outer shell of remained encrypted (repeatedly multiplexed) information unit Iue before decryption by the information unit descrambler 134 itself. Therefore, such remained multiplexed encrypted (repeatedly multiplexed) information unit Iue is returned to the demultiplexer 133. Resultantly, repeated demultiplexing by the demultiplexer 133 and/or decryption by descrambler 134 continues till no multiple information unit Im but decrypted information unit Iu remains after decryption. Then, the information unit descrambler 134 outputs only the information unit 1 therefrom.

[0133]    Specifically, the information unit descrambler 134 receives the encrypted information unit Iue outputted by the information unit descrambler 134. Then, the information unit descrambler 134 outputs an encrypted information unit Iue or an information unit Iu which is the result of decrypting the encrypted information unit Iue outputted therefrom. The encrypted information unit Iue is obtained by subjecting the information unit Iu to encryption a plurality of times. Therefore, the encrypted information unit Iue must be decrypted a plurality of times in order to take out the information unit Iu.

[0134]    The information unit descrambler 134 receives the output of the information unit descrambler 134 itself again, and repeatedly decrypts the input, thereby making it possible to decrypt the encrypted information unit Iue obtained by performing encryption a plurality of times. Even if the number of times of decryption which can be performed at a time by the information unit descrambler 134 is one, therefore, an information unit Iu can be finally taken out of the encrypted information unit Iue. The information unit descrambler 134 may be able to simultaneously perform a plurality of times of decryption. In the case, the information unit Iu can be taken out at higher speed.

[0135]    The reproducer 135 is connected to the information unit descrambler 134 and to the other of input ports of the demultiplexer 133 for receiving the information unit Iu therefrom. Then, the reproducer 135 converts the inputted information unit Iu into reproduction information Ir which is reproducible information, and outputs the reproduction information Ir therefrom. In Example 1, the reproducer 135 may be a text file viewer, image file presenting software, etc. On the other hand, in Example 2, the reproducer 135 may be an MPEG-2 decoder for reproducing voices or images encoded by the MPEG-2, for example. In this case, the output is an NTSC (National Television System Standard Committee) signal or an analog voice signal.

[0136]    The presenter 136 receives the reproduction information outputted by the reproducer 135, and presents an information unit Iu to a user. Specifically, the presenter 136 receives the reproduction information Ir outputted by the reproducer 135, and presents the information contained in the reproduction information Ir to a user. In Example 1, the presenter 136 may be a window system such as X-window or Microsoft windows for presenting image and voice to a user. On the other hand, in Example 2, the presenter 136 may be a television receiver for inputting and receiving an NTSC signal and an analog voice signal, for example.

In Operation

[0137]    With reference to Figs. 3 and 4, general operations performed by the information transmission apparatus 100 will be described bellow. In Fig. 3, the operations performed by the transmitting unit 110 and the transmitter 120 are shown.

[0138]    At step S301, the information unit generator 111 generates a plurality of information units Iu, and outputs the generated information units Iu therefrom. Examples of the generation of the information units Iu include a method in which a user enters information units Iu and designates a file as in Example 1. The information units Iu are selectively outputted from stored information units Iu in accordance with a predetermined schedule as in Example 2.

[0139]    At step S302, information unit scrambler 112 recursively encrypts the information units Iu generated

at step S301, and produces the results thereof as encrypted information units Iue.

**[0140]** At step S303, the plurality of encrypted information units Iue produced by the encryption at step S302 are multiplexed, and outputs the result thereof as multiple information Im. The ultiplexer 113 multiplexes the information units Iu generated at step S301, and outputs the result thereof as multiple information Im. The multiple information Im is multipartite data conforming to the MIME in the case of Example 1, while being data representing the TS of the MPEG-2 systems in the case of Example 2.

**[0141]** At step S304, the lower layer scrambler 114 encrypts the multiple information Im obtained by the multiplexing at step S303, and produces the encrypted multiple information Ime. In Example 1, the multiple information Im is encrypted using the RSA cipher or the like. On the other hand, in Example 2, the payload portion of the TS of the MPEG-2 is encrypted using a MULTI2 cipher manufactured by Hitachi Ltd. for example.

**[0142]** At step S305, the sender 115 converts the encrypted multiple information Ime obtained by the encryption at step S304 into a format which is suitable for transmission by the transmitter 120, and produces the transmission information It. In Example 1, information obtained by adding information, for example, "To: " field, "From: " to the head of the text of the mail which is encrypted multiple information Ime is outputted as the transmission information It. On the other hand, in Example 2, the information obtained by encoding the TS of the MPEG-2 using an error-correcting code and then, modulating the encoded TS is outputted.

**[0143]** At step S306, the transmitter 120 transmits the transmission information It to a physically distant point. A plurality of receiving units 130 may correspond to one transmitting portion. In Example 1, the mail communication daemons mounted on one or a plurality of computers connected are communicated to a computer network such as the Internet or a LAN (Local Area Network) on the basis of the SMTP. Thus, the mail is transmitted from the mail communication daemon ogn one of the computers to the mail communication daemon on the other computer.

**[0144]** On the other hand, in Example 2, transmission information It obtained by the conversion in the up-converter is transmitted to the communication satellite by the parabolic antenna. The communication satellite transmits the received transmission information It to the ground by a transponder. The transmission information It from the communication satellite is received by the ground receiving antenna.

**[0145]** In Fig. 4, the operations performed by the receiving unit 130 are shown. At step S401, the receiver 131 receives the transmission information It outputted from the transmitter 120, and takes out a part or the whole of encrypted multiple information Ime from the received transmission information It. In Example 1, processing for taking out one electronic mail data addressed to a specific user is performed. On the other hand, in Example 2, processing for filtering a particular packet storing information to be found by a PID (Packet ID), and selecting and extracting the packet is performed by tuning to a predetermined frequency.

**[0146]** At step S402, the lower layer descrambler 132 receives the encrypted multiple information Ime generated at step S401, and decrypts the received encrypted multiple information Ime. Then, the lower layer descrambler 132 outputs the decryption result as the multiple information Im. In Example 1, the lower layer descrambler 132 is the PGP program started with a decryption option. Decryption is performed using the RSA cipher by the PGP program, and the result of the decryption is outputted. On the other hand, in Example 2, the multiple information Im encrypted using the MULTI2 cipher is decrypted, to obtain multiple information Im.

**[0147]** At step S403, the demultiplexer 133 separates the encrypted information unit Iue from the multiple information unit Im obtained at step S402. In Example 1, the demultiplexer 133 separates for each part of the multipartite message obtained by multiplexing on the basis of the MIME. As a result, the text information, the image information, the voice information, and so forth which are the respective parts are separated as discrete information units Iu.

**[0148]** On the other hand, in Example 2, the demultiplexer 133 separates the plurality of streams multiplexed by the MPEG-2 systems on the basis of a PID (Packet ID, a packet identifier). As a result, additional information such as an MPEG-2 video stream, an MPEG-1 audio stream, and EPG are separated as discrete information units Iu. An MPEG-2 video is standardized by ITU-T H. 262, and an MPEG-1 audio is standardized as ISO/IEC 11172-3 Standard.

**[0149]** At step S404, it is judged whether the information after being demultiplexed by the demultiplexer 133 includes an encrypted information unit Iue or not. When it is judged YES, meaning that that information produced by the demultiplexer 133 at step S403 needs decryption to take out the content therefrom, the procedure advances to step S405.

**[0150]** At step S405, the information unit descrambler 134 decrypts once the encrypted information unit Iue outputted from the demultiplexer 133. Thereafter, the procedure returns to step S403. By repeatedly carrying out the operation at steps S403, S404, and S405, the information unit descrambler 134 can decrypt all the encrypted information unit Iue included in the multiple information Im, and finally take out all the information unit Iu sent from the transmitting unit 110.

**[0151]** On the other hand, when it is judged NO at step S404, meaning that that information after being demultiplexed by the demultiplexer 133 does not need decryption to take out the content therefrom. In other words, the information outputted from the demultiplexer 133 is information unit Iu only. Then, the procedure advances to step S406.

27                    EP 0 903 886 B1                    28

[0152]    At step S406, the reproducer 135 receives the information unit Iu outputted by the descrambler 134, and produces reproduction information Ir which is reproducible information. In Example 1, when the information unit Iu is text information, for example, fonts corresponding to respective character codes are selected and listed, to produce a bitmap format as the reproduction information Ir. When the information unit Iu is in an image information format such as JPEG (Joint Photographics Experts Group), it is expanded into the bitmap format, and the result of the expansion is outputted as reproduction information. The JPEG is standardized by ISO/IEC 10918. When the information unit Iu is voice information, it is converted into an analog voice signal by the same function as that of a digital-to-analogue (D/A) converter. And the analog voice signal is also outputted as reproduction information.

[0153]    On the other hand, in Example 2, when the information unit Iu obtained at step S301 is the MPEG-2 video stream, the MPEG-2 video is decoded, and outputs the NTSC signal as reproduction information. When the information unit Iu is a voice stream, it is converted into an analog voice signal by D/A conversion, and the analog voice signal is outputted.

[0154]    At step S407, the presenter 136 receives the reproduction information Ir outputted from the reproducer 135, and then presents the contents of reproduction information Ir to a user in accordance with the format of the reproduction information. In Example 1, when the reproduction information obtained at step S406 is in the bitmap format, the presenter 136 arranges and presents the reproduction information Ir on a display screen. Thus, the reproduction information is presented to the user. When the reproduction information obtained at step S406 is an analog voice signal, the analog voice signal is converted into sound by being sent to a speaker, and is visually presented to the user.

[0155]    On the other hand, in Example 2, an NTSC signal as the reproduction information which is obtained at step S406 is received on a display, the analog voice information is sent to a speaker, and the reproduction information is presented to the user.

[0156]    As described in the foregoing, in the first embodiment, it is possible to handle the information unit Iu which has been recursively encrypted a plurality of times. Therefore, it is possible to introduce a hierarchical structure into the encryption of the information unit Iu. The correspondence of the hierarchical structure to the structure of a program makes it possible to encrypt, in cases such as a case where a part of a set of information units Iu is selectively purchased, the information unit Iu only by performing one type of encryption a smaller number of times.

[0157]    The information unit descrambler 134 repeatedly performs decryption in the receiving unit 130, to take out the information unit Iu. Therefore, the receiving unit can be constructed without requiring such a high-level or special descrambler as to correspond to a plurality of types of ciphers and perform a plurality of times of decryption processing at a time, thereby making it possible to realize simplification and cost reduction.

Encoding information units into encrypted multiple information unit

[0158]    With reference to Fig. 2, the encrypted multiple information unit Ime produced by the information transmission apparatus 100 is described. Various processing levels of information units are expressed with different suffixes for the sake of better recognition thereof. For example, the output from the lower layer scrambler 114, represented by a rectangle of a dot line, is the encrypted multiple information Ime0a.

[0159]    The four outputs from the information unit generator 111, indicated by circles, are the information units Iu1a, Iu2a, Iu3a, and Iu4a, respectively. These information units Iu1a, Iu2a, Iu3a, and Iu4a represent, for example, a tourist resort guide considering the weather forecast, a weather forecast for the tourist resort, a weather forecast for allover the country, and a weather forecast for a local area, respectively.

[0160]    The rectangles Iue1a, Iue12a, and Iue4a each indicated by a solid line represent the units of encrypted information produced inside the transmitting unit 110 of the information transmission apparatus 100 at respective encryption stages. Specifically, the rectangle Iue1a represents a first encrypted information unit Iue which is produced, such that the information unit scrambler 112 encrypts the information unit Iu1a outputted from the information unit generator 111 with a first predetermined cipher C1 under a first predetermined encryption system CS1 at step S302. Thus, the first encrypted information unit Iue1a is produced.

[0161]    The rectangle Iue12a represents also a second encrypted information unit Iue which is produced at the following two steps. At step S303, the multiplexer 113 multiplexes the first encrypted information unit Iue1a received from the information unit scrambler 112 and the information unit Iu2a, and produces a multiple information unit Im12a (not shown). At step S302, the information unit scrambler 112 encrypts the multiple information unit Im12a received from the multiplexer 113 with a second predetermined cipher C2 under a second predetermined encryption system CS2 at step S302. Thus, the second encrypted information unit Iue12a wherein the information unit Iu1a is encrypted twice is produced.

[0162]    The rectangle Iue4a represents a third encrypted information unit Iue which is produced, such that the information unit scrambler 112 encrypts the information unit Iu4a outputted from the information unit generator 111 with a third predetermined cipher C3 under a third encryption system CS3 at step S302. Thus, the third encrypted information Iue4a is produced.

[0163]    The rectangle Ime0a represents an encrypted multiple information Ime which is produced as follows. First, the multiplexer 113 multiplexes the second encrypt-

ed information unit Iue12a, the information unit 3a, and third encrypted information unit Iue4a, and produces a multiple information unit Im1234a (not shown) at step S303. Second, the lower layer scrambler 114 encrypts the multiple information unit Im1234 with a fourth predetermined cipher C4 under a fourth predetermined encryption system CS4 at step S304.

[0164]   As a result, the first information unit Iu1a is encrypted thrice with the first, second, and fourth predetermined ciphers C1, C2, and C4. The second information unit Iu2a is encrypted twice with the second and fourth predetermined ciphers C2, and C4. The third information unit Iu3a is encrypted once with the fourth predetermined cipher C4. The fourth information unit Iu4a is encrypted twice with the third and fourth predetermined ciphers C3 and C4.

[0165]   Thus, there is a hierarchical order among these information unit Iu1a, Iu2a, Iu3a, and Iu4a representing different contents of weather forecast program. Specifically, the encrypted multiple information Ime0a is a set of information having meanings for a user. The set is one electronic mail or one information program, for example. The encrypted multiple information unit Ime0a recursively includes a portion (Iu3a) which is not encrypted and a portion (Iue12a and Iue4a) which is encrypted therein.

[0166]   Note that each of all ciphers C1, C2, C3, and C4 can be assigned with the same value or any optional value according to the suitable resistance of cipher necessary to protect the information unit against unfair access thereto. Similarly, each of all encryption system CS1, CS2, CS3, and CS4 can be selected from the identical encryption system or various different encryption system such as examples referred in the above.

[0167]   Considered as an example in which non-encrypted portion (Iu3a) and encrypted portion (Iue12a and Iue4a) are included in one encrypted multiple information unit (Ime0a). The whole of an encrypted multiple information unit Ime0a is a weather forecast program, the non-encrypted portion (Iu3a) is a free weather forecast for allover the country, the encrypted portion (Iue12a and Iue4a) is a charged detailed forecast for the local areas. Furthermore, a preview of a film and the encrypted film, an article for introducing software, an execute form of encrypted software, and so forth are also considered.

[0168]   In this case, the user can view the weather forecast for allover the country (Iu3a) by decrypting the encrypted multiple information unit Ime0a, the weather forecast for the tourist resort (Iu2a) by decrypting the encrypted information unit Iue12a, the tourist resort guide considering the weather forecast (Iu1a) by decrypting the encrypted information unit Iue1a, and the weather forecast for a local area (Iu4a) by decrypting the encrypted information unit Iue4a, respectively.

[0169]   Thus, the information unit encrypted plural times with discrete ciphers has the same resistance against an unfair decryption as in the case that it is decrypted with a single cipher having a resistance corresponding to those plural discrete ciphers. Furthermore, plural information units, such as information units Iue1a and Iu2a according to definition 2 are encrypted at the same time in the same encryption level, enabling to reducing a burden to starting the decrypting operation.

Decoding encrypted multiple information unit into information unit

[0170]   The encrypted information encrypted with ciphers in hierarchically arranged by the transmitting unit 110 can be decrypted by repeatedly using a single of descrambler with a simply constructed apparatus, which will be specifically described below. The encrypted multiple information unit Ime0a is supplied to the receiving unit 130 through the transmitter 120 in the format of transmission information It.

[0171]   The receiver 131 of the receiving unit 130 takes out a part or the whole of encrypted multiple information Ime0a from the received transmission information It at step S401. At step S402, the lower layer descrambler 132 decrypts the received encrypted multiple information Ime0a with the fourth predetermined cipher C4 to obtain the multiple information unit Im1234a (not shown) constructed by the second encrypted information unit Iue12a, the third information unit Iu3a, and the third encrypted information unit Iue4a. Note that thus obtained multiple information unit Im1234a can be produced in a format different from that of the multiple information unit Im1234a produced by the multiplexer 113 at Step S303.

[0172]   The demultiplexer 133 demultiplexes the multiple information unit Im1234a produced at step S402, and separates each of encrypted information unit Iue and/or information unit Iu therefrom at step S403. Thus, the second encrypted information unit Iue12a, the third information unit Iu3a, and the third encrypted information unit Iue4a are produced at step S403. Note that thus obtained information units Iue12a, Iu3a, and Iue4a can be produced in the formats different from those produced by the information unit scrambler 112 of the transmitting unit 110. Needless to say that those information units Iue12a, Iu3a, and Iue4a can be in the same formats as those produced by the information unit scrambler 112 of the transmitting unit 110, resulting in the reproduction of those information units Iue12a, Iu3a, and Iue4a.

[0173]   The second encrypted information unit Iue12a is sent to the information unit descrambler 134 where the multiple information unit Im12a (not shown) is produced by decrypting the encrypted information unit Iue12a with the second predetermined cipher C2 at step S405. Thus produced multiple information unit Im12a is sent back to the demultiplexer 133 where the first encrypted information unit Iue1a and the second information unit Iu2a are produced by demultiplexing the multiple information unit Im12a at step S403.

[0174]   At step S404, the first encrypted information unit Iue1a is sent to the information unit descrambler 134, where the first information unit Iu1a is produced by decrypting the encrypted information unit Iue1a with the first

predetermined cipher C1. Similarly, the third encrypted information unit Iue4a is sent to the information unit descrambler 134, where the fourth information unit Iu4a is produced.

[0175]    Each of information units Iu1a produced at step S405, Iu2a produced at step S403, Iu3a produced at step S403, and Iu4a produced at step S405 are sent to the reproducer 135, where the reproduction information Ir are produced from those information units Iu1a, Iu2a, Iu3a, and Iu4a at step S406. Note that all information units Iu1a, Iu2a, Iu3a, and Iu4a can be produced in the substantially same in content as those produced by the information unit generator 111, but can be different in the encrypting format or encrypting method. Of course, it is also possible to reproduce the completely same information units as those Iu1a, Iu2a, Iu3a, and Iu4a produced by the information unit generator 111.

(Second Embodiment)

[0176]    With reference to Figs. 5 to 8, here below, an information transmission apparatus according to a second embodiment of the present invention is described. The information transmission apparatus 500 includes a transmitting unit 510, transmitter 120, and a receiving unit 530. The transmitter 120 is the same as that used in the information transmission apparatus 100. Here below, descriptions of any of substantially the same components constructing the information transmission apparatus 100 are generally omitted for reducing the redundancy.

[0177]    Note that the encrypted multiple information Ime produced by a descrambler 532 is substantially the same in content as the encrypted multiple information Ime produced by the lower layer scrambler 114 of the transmitting unit 110, but can be different in the encrypting format or encryption method. Of course, it is also possible to reproduce the completely same encrypted multiple information Ime as that produced by the lower layer scrambler 114.

Transmitting unit 510

[0178]    The transmitting unit 510 has a construction very similar to that of the transmitting unit 110 shown in Fig. 1, such that the information unit scrambler 112 is replaced by an information unit scrambler 512. Compared with the information unit scrambler 112, the information unit scrambler 512 should be able to encrypt the information unit Iu conforming to a lower layer transmission performed by a transmitter 120. In other words, the information unit scrambler 512 only have to encrypt under a certain encryption system used by a lower layer such as being performed by the transmitter 120. Needless to say, the information unit scrambler 512 may be able to encrypt under various encryption systems including one suitable for the above mentioned lower layer transmission.

[0179]    Specifically, as the cipher used in the informa-

tion unit scrambler 512, a cipher which can be decoded by sharing a device having high tamper resistance used for decryption performed in the scrambler 514 may be selected. The device having high tamper resistance is a device which is subjected to such measures that stored contents are erased if they are unfairly decomposed, and information relating to secrecy is not let out from an LSI (Large Scale Integrated Circuit) where it is difficult to analyze without special facilities. For example, an IC card used for a receiver for CS digital broadcasting is a device having high tamper resistance.

Receiving unit 530

[0180]    The receiving unit 530 has a construction similar to that of the receiving unit 130 shown in Fig. 1, such that the lower layer descrambler 132 and the information unit descrambler 134 are replaced by a descrambler 532 and a demultiplexer 533. The descrambler 532 is connected to the receiver 131 for receiving the encrypted multiple information unit Ime therefrom. Then, the descrambler 532 decrypts the received multiple information unit Ime once, and produces the multiple information Im. Note that the descrambler 532 can decrypt any encrypted multiple information unit which is encrypted under various encryption systems including a certain encryption system adopted by the lower layer scrambler 114 in the transmitting unit 110.

[0181]    The demultiplexer 533 is connected to the descrambler 532 for receiving the multiple information Im therefrom, and demultiplexes the received multiple information Im to produce the information unit Iu. However, when the multiple information Im produced by the descrambler 532 includes the repeatedly multiplexed information unit therein, the encrypted information unit Iue remains after demultiplexing.

[0182]    The descrambler 532 is further connected to the demultiplexer 533 for receiving that remained encrypted unit Iue therefrom. Then, the descrambler 532 decrypts the encrypted unit Iue, and produces the multiple information unit Im, which will be supplied to the demultiplexer 533. When the encrypted information unit Iue received from the demultiplexer 533 is simply encrypted but not multiplexed, produced therefrom is an information unit Iu which will be directly supplied to the reproducer 135. Thus, the demultiplexer 533 is not required to be able to demultiplex the repeatedly mutiplexed information unit Im, but only have to be able to demultiplex an information unit Im which is multiplexed once.

[0183]    Thus, the construction in the second embodiment is obtained by removing such a restriction that recursive encryption is performed a plurality of times by the information unit scrambler 112 from the construction in the first embodiment. The lower layer descrambler 132 and the information unit descrambler 134 which perform decryption in the first embodiment are integrated into the descrambler 532 this embodiment. The integration can be also considered to be the realization of the function

of the information unit descrambler 134 by the function of the lower layer descrambler 132.

In Operation

[0184]   With reference to Figs. 7 and 8, general operations performed by the information transmission apparatus 500 will be described bellow. The operations performed by the transmitting unit 510 and the transmitter 120 shown in Fig. 7 are very similar to those that are already described with reference to Fig. 3. Therefore, the operations are briefly described to clarify the distinction between them.

[0185]   At step S601, the information unit generator 111 generates a plurality of information units Iu, and outputs the generated information units therefrom.

[0186]   At step S602, the information unit scrambler 512 encrypts the information units Iu generated at step S601 once, and outputs the results thereof as encrypted information units Iue. Specifically, the information unit scrambler 512 encrypts the information unit Iu conforming to a lower layer transmission performed by a transmitter 120. Specifically, a cipher used herein is of the same type as that of a cipher used in the lower layer scrambler 114. The "same" means that when the lower layer scrambler 114 uses an RSA cipher, for example, the information unit scrambler also performs encryption using the RSA cipher. Processing for recursively encrypting the information unit Iu a plurality of times is performed at step S302 in the first embodiment, while such a restriction that the information unit Iu is encrypted a plurality of times is not placed at this step.

[0187]   At step S603, the multiplexer 113 multiplexes the plurality of encrypted information units Iue produced by the encryption at step S602, and outputs the result thereof as multiple information Im therefrom.

[0188]   At step S604, the lower layer scrambler 114 encrypts the multiple information m obtained by the multiplexing at step S603 with the same cipher used at step S602. A cipher used in the lower layer scrambler 114 is the same as the cipher used in the information unit scrambler 112, as in the description of the information unit scrambler 512.

[0189]   At step S605, the sender 115 converts the encrypted multiple information Ime obtained by the encryption at step S604 into a format which is suitable for transmission by the transmitter 120, and produces the transmission information It.

[0190]   At step S606, the transmitter 120 transmits the transmission information It to a physically distant point.

[0191]   In Fig. 8, the operations performed by the receiving unit 530 are similar to those that are already described with reference to Fig. 4. Therefore, the operations are briefly described to clarify the distinction between them. At step S701, the receiver 131 receives the transmission information It outputted from the transmitter 120, and takes out a part or the whole of encrypted multiple information Ime from the received transmission informa-

tion It.

[0192]   At step S702, the descrambler 532 receives the encrypted multiple information Ime generated at step S701, and decrypts the received encrypted multiple information Ime. Then, the descrambler 532 outputs the decryption result as the multiple information Im.

[0193]   At step S703, the demultiplexer 533 separates the encrypted information unit Iue from the multiple information unit Im obtained at step S702. The demultiplexer 533 demultiplexes the repeatedly mutiplexed information unit Im, but demultiplexes an information unit Im which is multiplexed once.

[0194]   At step S704, the descrambler 532 decrypts the encrypted multiple information unit Ime from the receiver 131 and/or the encrypted information unit Iue from the demultiplexer 533. From the encrypted information unit Ime or encrypted information unit Iue which is encrypted once, produced is the information unit Iu which will be directly supplied to the reproducer 135. From the encrypted information Ime or encrypted information unit Iue which is encrypted and multiplexed, produced is the multiple information unit Im which is supplied to the demultiplexer 533.

[0195]   Specifically, when the information unit Iu is encrypted once, the encrypted information unit Iue is decrypted once, thereby making it possible to generate an information unit Iu. Although there is such a restriction that the information unit Iu is recursively encrypted a plurality of times in the first embodiment, the restriction is not placed in the second invention.

[0196]   At step S705, the reproducer 135 receives the information unit Iu outputted from the descrambler 532 and the demultiplexer 533, and produces reproduction information Ir which is reproducible information.

[0197]   At step S706, the presenter 136 receives the reproduction information Ir outputted from the reproducer 135.

[0198]   As described in the foregoing, the encryption performed by the information unit scrambler 512 is the same as the encryption performed by the lower layer scrambler 114. Thus, it possible for the single descrambler 532 to decode a cipher used in not only the lower layer scrambler 114 but also the information unit scrambler 512. That is, it is possible to decrypt the information unit Iu by preparing only one descrambler which is not special.

Encoding information units into encrypted multiple information unit

[0199]   With reference to Fig. 6 similar to Fig. 2, the encrypted multiple information unit Ime produced by the information transmission apparatus 500 is described. The output from the lower layer scrambler 114, represented by a rectangle of a dot line, is the encrypted multiple information Ime0b.

[0200]   The four outputs from the information unit generator 111, indicated by circles, are the information units

Iu1b, Iu2b, Iu3b, and Iu4b, respectively. These information units Iu1b, Iu2b, Iu3b and Iu4b represent, for example, a tourist resort guide considering the weather forecast, a weather forecast for the tourist resort, a weather forecast for allover the country, and a weather forecast for a local area, respectively.

[0201]    The rectangles Iue12b, and Iue4b each indicated by a dot line represent the units of encrypted information produced inside the transmitting unit 510 respective encryption stages. The rectangle Iue12b is produced, such that the multiplexer 113 multiplexes the information units Iu1b and Iu2b received from the information unit generator 111, and produces a multiple information unit Im12b (not shown) at step S603. Then, the information unit scrambler 512 once encrypts the multiple information unit Im12b received from the multiplexer 113 with a fifth predetermined cipher C5 under a fifth predetermined encryption system CS5, and then produces the encrypted information unit Iue12b at step S602.

[0202]    The rectangle Iue4b represents also an encrypted information unit Iue which is produced, such that the information unit scrambler 512 encrypts the information unit Iu4b with a sixth predetermined cipher C6 under a sixth predetermined encryption system CS6 at step S602.

[0203]    The encrypted multiple information unit Ime0b is produced, such that the multiplexer 113 multiplexes the encrypted information unit Iue12b, the information unit Iu3b, and the encrypted information unit Iue4b, and then produces a multiple information unit Im1234b (not shown) at step S603. Then, the lower layer scrambler 114 encrypts the multiple information unit Im1234b with a seventh predetermined cipher C7 under a seventh predetermined encryption system CS7 at step S604.

[0204]    As a result, the information units Iu1b and Iu2b are both encrypted twice with the fifth, and seventh predetermined ciphers C5 and C7. The information unit Iu3a is encrypted once with the seventh predetermined ciphers C7. The information unit Iu4b is encrypted twice with the sixth and seventh predetermined ciphers C6 and C7.

[0205]    Thus, there is a hierarchical order among these information unit Iu1b, Iu2b, Iu3b, and Iu4b representing different contents of weather forecast program. The hierarchical order according to this embodiment is different from that in the first embodiment, specifically shown in Fig. 2.

[0206]    Note that each of all ciphers C5, C6, and C7 can be assigned with the same value or any optional value according to the suitable resistance of cipher necessary to protect the information unit against unfair access thereto. Similarly, each of all encryption system CS5, CS6, and CS7 can be selected from the identical encryption system or various different encryption system such as examples referred in the above. Furthermore, all ciphers and encryption system can be selected from those selected in the first embodiment.

Decoding encrypted multiple information unit into information unit

[0207]    The encrypted information encrypted with ciphers in hierarchically arranged by the transmitting unit 510 can be decrypted by repeatedly using a single of descrambler with a simply constructed apparatus, which will be specifically described below. The encrypted multiple information unit Ime0b is supplied to the receiving unit 530 through the transmitter 120 in the format of transmission information It.

[0208]    The receiver 131 of the receiving unit 530 takes out a part or the whole of encrypted multiple information Ime0b from the received transmission information It at step S701. At step S702, the descrambler 532 decrypts the received encrypted multiple information Ime0b with the seventh predetermined cipher C7 to obtain the multiple information unit Im1234b (not shown) constructed by the encrypted information unit Iue12b, the information unit Iu3b, and the encrypted information unit Iue4b. Note that thus obtained multiple information unit Im1234b can be produced in a format different from that of the multiple information unit Im1234b produced by the multiplexer 113 at Step S603.

[0209]    The demultiplexer 533 demultiplexes the multiple information unit Im1234b produced at step S603, and separates each of encrypted information unit Iue and information unit Iu therefrom at step S703. Thus, the encrypted information unit Iue12b, the information unit Iu3b, and the encrypted information unit Iue4b are produced at step S703. Note that thus obtained information units Iue12b, Iu3b, and Iue4b can be produced in the formats different from those produced by the information unit scrambler 512 of the transmitting unit 510. Needless to say that those information units Iue12b, Iu3b, and Iue4b can be in the same formats as those produced by the information unit scrambler 512 of the transmitting unit 510, resulting in the reproduction of those information units Iue12b, Iu3b, and Iue4b.

[0210]    The encrypted information unit Iue12b is sent to the descrambler 532 where the multiple information unit Im12b (not shown) is produced by decrypting the encrypted information unit Iue12b with the fifth predetermined cipher C5 at step S704. Thus produced multiple information unit Im12b is sent back to the demultiplexer 533 where the information units Iu1b and Iu2b are produced by demultiplexing the multiple information unit Im12b at step S703. Similarly, the encrypted information unit Iue4b is sent to the descrambler 532, where the information unit Iu4b is produced at step S704.

[0211]    Each of information units Iu1b produced at step S703, Iu2b produced at step S703, Iu3b produced at step S703, and Iu4b produced at step S704 are sent to the reproducer 135, where the reproduction information Ir are produced from those information units Iu1b, Iu2b, Iu3b, and Iu4b at step S705. Note that all information units Iu1b, Iu2b, Iu3b, and Iu4b can be produced in the substantially same in content as those produced by the

information unit generator 111, but can be different in the encrypting format or encrypting method. Of course, it is also possible to reproduce the completely same information units as those Iu1b, Iu2b, Iu3b, and Iu4b produced by the information unit generator 111.

[0212]   With reference to Fig. 9, an alternative of the information transmission apparatus 500 of Fig. 5 is shown. The information transmission apparatus 500R shown in Fig. 9 has a construction where the lower layer scrambler 114 is removed from the information transmission apparatus 500. In this apparatus, the encryption for a lower layer transmission is performed not by the lower layer scrambler 114 (Fig. 5) but by the information unit scrambler 512 (Fig . 9). Therefore information unit scrambler 512 only have to encrypt under a certain encryption system used by a lower layer such as being performed by the transmitter 120. Needless to say, the information unit scrambler 512 may be able to encrypt under various encryption systems including one suitable for the above mentioned lower layer transmission.

(Third Embodiment)

[0213]   With reference to Figs. 10, 11, and 12, an information transmission apparatus according to a third embodiment of the present invention is described. In this embodiment, the information transmission apparatus 800 includes a transmitting unit 810, transmitter 120, and a receiving unit 830. Here below, descriptions of any of substantially the same components constructing the information transmission apparatuses 100, 500, or 500R are generally omitted for reducing the redundancy.

[0214]   Note that, the encrypted multiple information Ime produced by the descrambler 832 is substantially the same in content as the encrypted multiple information Ime produced by the lower layer scrambler 114 of the transmitting unit 810, but can be different in the encrypting format or encryption method. Of course, it is also possible to reproduce the completely same encrypted multiple information Ime as that produced by the lower layer scrambler 114.

Transmitting unit 810

[0215]   The transmitting unit 810 has a construction substantially the same as that of the transmitting unit 510 already described with reference to Fig. 5. However, the operation of the transmitting unit 810 for producing the encrypted multiple information Ime is different from that of the transmitting unit 510, which will be described later with reference to Fig. 11 and Fig. 12.

Receiving unit 830

[0216]   The receiving unit 830 has a construction similar to that of the receiving unit 530 shown in Fig. 5, such that the descrambler 532 and the demultiplexer 533 are replaced by a descrambler 832 and a demultiplexer 833.

The descrambler 832 is connected to the receiver 131 for receiving the encrypted multiple information unit Ime therefrom. Then, the descrambler 832 decrypts the encrypted multiple information Ime once, and produce the multiple information unit Im. Note that the descrambler 832 can decrypt hierarchically and repeatedly encrypted multiple information unit. The descrambler 832 encrypts an information unit which is encrypted n (n is an integer) times and produced n-1 times encrypted information unit. Therefore, according to encryption times of the encrypted multiple information unit Ime inputted from the receiver 131, the descrambler 832 repeatedly decrypts the unit Ime till obtaining no more encrypted multiple information unit Ime.

[0217]   The demultiplexer 833 is connected to the descrambler 832 for receiving the multiple information Im therefrom, and demultiplexes the received multiple information Im to produce the information unit Iu. However, when the multiple information Im produced by the descrambler 832 includes the encrypted information unit Iue therein, the encrypted information unit Iue is sent back to the descrambler 832.

In Operation

[0218]   With reference to Fig. 12, general operations performed by the receiving unit 830 of information transmission apparatus 800 will be described bellow. As described in the above, the transmitting unit 810 is substantially the same as the transmitting unit 510 in construction, therefore the generation operation is also substantially the same as those described with reference to Fig. 7.

[0219]   The general operation of the receiving unit 830 is as follows.

[0220]   At step S901, the receiver 131 receives the transmission information It from the transmitter 120, and takes out a part or the whole of encrypted multiple information Ime from the inputted transmission information It.

[0221]   At step S902, the descrambler 832 receives the encrypted multiple information Ime produced at step S901. Then, the descrambler 832 decrypts the inputted encrypted multiple information Ime, and outputs the decryption results as the multiple information Im.

[0222]   At step S903, the demultiplexer 833 separates the multiple information Im produced at step S902 for each encrypted information unit Iue, and takes out the encrypted information unit Iue and/or the information unit Iu.

[0223]   At step S904, it is judged whether an information unit Iu outputted from the descrambler 832 or the demultiplexer 833 is encrypted or not. When it is judged "YES", meaning that the information unit Iu is encrypted, the information unit Iu (Iue) from the descrambler 832 or demultiplexer 833 is sent back to the descrambler 832. Then, the procedure advances to step S905.

[0224]   However, when it is judged "NO", meaning that the information unit Iu outputted from the descrambler 832 or the demultiplexer 833 is no more encrypted. The

information unit Iu from the descrambler 832 or demultiplexer 833 is sent to the reproducer 135. Then, the procedure advances to step S906.

[0225]    At step S905, the descrambler 832 once decrypts the encrypted information unit Iue, and outputs the decryption result therefrom. Then the procedure returns to step S903. By repeatedly carrying out steps S903, S904, and S905, the descrambler 832 can decrypt the information unit Iu to be finally taken out, and take out the information unit Iu in a format which is not encrypted.

[0226]    At step S906, the reproducer 135 receives the information unit Iu outputted by the descrambler 832 and/or the demultiplexer 833, and produces the reproduction information Ir.

[0227]    At step S907, the presenter 136 presents the contents of reproduction information Ir obtained at step S906 to a user in accordance with the format of the reproduction information. Then, the procedure advances to step S903.

[0228]    As described in the foregoing, the recursive encryption is performed a plurality of times in the information unit scrambler 512. The same cipher system as that used in the information unit scrambler 512 is used in the lower layer scrambler 114. Thus, it possible for the descrambler 832 to perform decryption corresponding to all the plurality of times of encryption.

### Encoding information units into encrypted multiple information unit

[0229]    With reference to Fig. 11 very similar to Fig. 2, the encrypted multiple information unit Ime produced by the information transmission apparatus 800 is described. The output from the lower layer scrambler 114, represented by a rectangle of a dot line, is the encrypted multiple information Ime0c.

[0230]    The four outputs from the information unit generator 111, indicated by circles, are the information units Iu1c, Iu2c, Iu3c, and Iu4c, respectively. These information units Iu1c, Iu2c, Iu3c and Iu4c represent, for example, a tourist resort guide considering the weather forecast, a weather forecast for the tourist resort, a weather forecast for allover the country, and a weather forecast for a local area, respectively.

[0231]    The rectangles Iue1c, Iue12c, and Iue4c each indicated by a dot line represent the units of encrypted information produced inside the transmitting unit 810 of the information transmission apparatus 800 at respective encryption stages. Specifically, the rectangle Iue1c represents an formation unit Iue which is produced, such that the information unit scrambler 512 encrypts the information unit Iu1c outputted from the information unit generator 111 with an eighth predetermined cipher C8 under an eighth predetermined encryption system CS8. Thus, the encrypted information unit Iue1c is produced.

[0232]    The rectangle Iue12c represents also an encrypted information unit Iue which is produced at the following two steps. First, the multiplexer 113 multiplexes the first encrypted information unit Iue1c received from the information unit scrambler 512 and the information unit Iu2c, and produces a multiple information unit Im12c (not shown). Second, the information unit scrambler 512 encrypts the multiple information unit Im12c received from the multiplexer 113 with a ninth predetermined cipher C9 under a ninth predetermined encryption system CS9. Thus, the encrypted information unit Iue12c wherein the information unit Iu1c is encrypted twice is produced.

[0233]    The rectangle Iue4c represents an encrypted information unit Iue which is produced, such that the information unit scrambler 512 encrypts the information unit Iu4c outputted from the information unit generator 111 with a tenth predetermined cipher C10 under a tenth encryption system CS10. Thus, the encrypted information unit Iue4c is produced.

[0234]    The rectangle Ime0c represents an encrypted multiple information Ime which is produced as follows. First, the multiplexer 113 multiplexes the encrypted information unit Iue12c, the information unit Iu3c, and the encrypted information unit Iue4c, and produces a multiple information unit Im1234c (not shown). Second, the lower layer scrambler 114 encrypts the multiple information unit Im1234 with a eleventh predetermined cipher C11 under a eleventh predetermined encryption system CS11.

[0235]    As a result, the information unit Iu1c is encrypted thrice with the eighth, ninth, and eleventh predetermined ciphers C8, C9, and C11. The information unit Iu2c is encrypted twice with the ninth and eleventh predetermined ciphers C9, and C11. The information unit Iu3c is encrypted once with the eleventh predetermined cipher C11. The information unit Iu4c is encrypted twice with the tenth and eleventh predetermined ciphers C10 and C11.

[0236]    Note that each of all ciphers C8, C9, C10, and C11 can be assigned with the same value or any optional value according to the suitable resistance of cipher necessary to protect the information unit against unfair access thereto. Similarly, each of all encryption system CS8, CS9, CS10, and CS11 can be selected from the identical encryption system or various different encryption system such as examples referred in the above. Furthermore, all ciphers and encryption system can be selected from those selected in the first and second embodiments.

### Decoding encrypted multiple information unit into information unit

[0237]    The encrypted information encrypted with ciphers in hierarchically arranged by the transmitting unit 810 can be decrypted by repeatedly using a single of descrambler with a simply constructed apparatus, which will be specifically described below. The encrypted multiple information unit Ime0c is supplied to the receiving unit 830 through the transmitter 120 in the format of transmission information It.

[0238]    The receiver 131 of the receiving unit 830 takes

out a part or the whole of encrypted multiple information Ime0c from the received transmission information It at step S901. At step S902, the descrambler 832 decrypts the received encrypted multiple information Ime0c with the eleventh predetermined cipher C11 to obtain the multiple information unit Im1234c (not shown) constructed by the encrypted information unit Iue12c, the information unit Iu3c, and the encrypted information unit Iue4c. Note that thus obtained multiple information unit Im1234c can be produced in a format different from that of the multiple information unit Im1234c produced by the multiplexer 113.

[0239]    The demultiplexer 133 demultiplexes the multiple information unit Im1234c produced at step S902, and separates each of encrypted information unit Iue and/or information unit Iu therefrom at step S903. Thus, the encrypted information unit Iue12c, the information unit Iu3c, and the encrypted information unit Iue4c are produced at step S903. Note that thus obtained information units Iue12c, Iu3c, and Iue4c can be produced in the formats different from those produced by the information unit scrambler 512 of the transmitting unit 810. Needless to say that those information units Iue12c, Iu3c, and Iue4c can be in the same formats as those produced by the information unit scrambler 512 of the transmitting unit 810, resulting in the reproduction of those information units Iue12c, Iu3c, and Iue4c.

[0240]    Trough the operations performed at steps S904 and S905, the reproduction information Ir are produced from those information units Iu1c, Iu2c, Iu3c, and Iu4a at step S906. Note that all information units Iu1c, Iu2c, Iu3c, and Iu4a can be produced in the substantially same in content as those produced by the information unit generator 111, but can be different in the encrypting format or encrypting method. Of course, it is also possible to reproduce the completely same information units as those Iu1c, Iu2c, Iu3c, and Iu4c produced by the information unit generator 111.

[0241]    With reference to Fig. 13, an alternative of the information transmission apparatus 800 of Fig. 10 is shown. The information transmission apparatus 800R shown in Fig. 13 has a construction where the lower layer scrambler 114 is removed from the information transmission apparatus 800. In this apparatus, the encryption for a lower layer transmission is performed not by the lower layer scrambler 114 (Fig. 10) but by the information unit scrambler 512 (Fig. 14). Therefore information unit scrambler 512 only have to encrypt under a certain encryption system used by a lower layer such as being performed by the transmitter 120. Needless to say, the information unit scrambler 512 may be able to encrypt under various encryption systems including one suitable for the above mentioned lower layer transmission.

(Fourth Embodiment)

[0242]    With reference to Figs. 14, 15, 16, and 17 , an information transmission apparatus according to the fourth embodiment of the present invention is described here below. The information transmission apparatus 1000 includes a transmitting unit 1010, the transmitter 120, and a receiving unit 1030. Here below, descriptions of any of substantially the same components constructing the information transmission apparatuses 100, 500, 500R, 800, or 800R are generally omitted for reducing the redundancy.

Transmitting unit 1010

[0243]    The transmitting unit 1010 has a construction very similar to that of the transmitting unit 110 of the first embodiment, such that the information unit scrambler 112 is replaced by an information unit scrambler 1012. The information unit scrambler 1012 recursively encrypts the information units Iu outputted by the information unit generator 111 a plurality of times, and produces the encrypted information units Iue. A method of performing recursive encryption a plurality of times may be the same as that performed by the information unit scrambler 112 in the first embodiment.

[0244]    The information unit scrambler 1012 adds an encrypted information unit Identifier which is an identifier for distinguishing an information unit Iu from the outputted encrypted information units Iue. Hereinafter the encrypted information unit Identifier is hereinafter referred to as an encrypted information unit ID for simplification. Although the encrypted information unit Iue is composed of so-called child encrypted information units Iue, the encrypted information unit ID shall be added not to the child encrypted information units Iue but to parent encrypted information units Iue. The same value is assigned to information units Iu updated with time as the encrypted information unit ID. For example, the same encrypted information unit ID is assigned to an information unit Iu of the weather in allover the country for yesterday and an information unit Iu of the weather in allover the country for today.

Receiving Unit 1030

[0245]    The receiving unit 1030 includes receiver 131, a lower layer descrambler 132, demultiplexer 1033, storage 1034, an information unit descrambler 1035, reproducer 1036, and presenter 136. Specifically the receiving unit 1030 has a construction similar to that of the receiving unit 130 of the first embodiment shown in Fig. 1, such that the demultiplexer 133 and reproducer 135 are replaced by the demultiplexer 1033 and the reproducer 1036, respectively, in this embodiment.

[0246]    Furthermore, the storage 1034 is additionally inserted between the demultiplexer 1033 and the reproducer 1036. The storage 1034 is connected to the demultiplexer 1033 and the reproducer 1036 for receiving the encrypted information unit Iue and an reproduction designating information Idr therefrom, respectively. The storage 1034 is further connected to the information unit

descrambler 1035 for exchanging the encrypted information unit Iue therebetween.

**[0247]** The storage 1034 stores the encrypted information unit Iue inputted from the demultiplexer 1033 and the information unit descrambler 1035 therein. Then, the storage 1034 replaces the encrypted information unit Iue therein with newly inputted encrypted information Iue which is being updated. Thus, the encrypted information unit Iue stored in the storage is updated to the newest one. When the stored encrypted information unit Iue is designated by the inputted reproduction designating information Idr, the storage 1034 outputs the encrypted information unit Iue.

**[0248]** The information unit descrambler 1035 is further connected to the input port thereof for supplying an encrypted information unit Iue (an information unit Iu which is not encrypted is also an encrypted information unit Iue, as defined previously). The information unit descrambler 1035 is also connected to the input port of the demultiplexer 1033 for supplying an encrypted information unit Iue.

**[0249]** The reproducer 1036 is further connected to the demultiplexer 1033 for receiving the information unit Iu therefrom, and produces the reproduction information Ir and the reproduction designating information Idr. The reproduction designating information Idr is an information for designating an information unit Iu. Specifically, the reproduction designating information Idr designates the information unit Iu included in the encrypted information unit Iue stored in the storage 1034. The information unit Iu designated by the reproduction designating information Idr may be determined by a user's direct entry, or may be determined independently by the information transmission apparatus 1000 itself.

**[0250]** The presenter 136 is connected to the reproducer 1036 for receiving the reproduction information Ir therefrom. Then, the presenter 136 presents contents included in the reproduction information Ir to a user.

In Operation

**[0251]** With reference to Figs. 15, 16, and 17, the operations performed by the information transmission apparatus 1000 is described below.

**[0252]** In Fig. 15, a flow chart showing the operations performed by the transmitting unit 1010 and the transmitter 120 is shown.

**[0253]** At step S1101, the information unit generator 111 produces a plurality of information units Iu.

**[0254]** At step S1102, the information unit scrambler 1012 recursively encrypts the information units Iu generated at step S1101, and takes the results thereof as encrypted information units Iue.

**[0255]** At step S1103, an encrypted information unit ID is added to the encrypted information units Iue generated at step S1102. The encrypted information unit ID can be easily taken out without decrypting the encrypted information unit Iue because it is added to the result of en-

crypting the information unit Iu at step S1102.

**[0256]** At step S1104, the multiplexer 113 multiplexes the encrypted information units Iue generated by the encryption at step S1103, and outputs the result thereof as multiple information Im.

**[0257]** At step S1105, the lower layer scrambler 114 encrypts the multiple information Im obtained by the multiplying at step S1104, and produces the encrypted multiple information Ime. The encryption performed at step S1105 shall use the same cipher as that used in the encryption performed at step S1102.

**[0258]** At step S1106, the sender 115 converts the encrypted multiple information Ime obtained by the encryption at step S1105 into a format which is suitable for transmission by the transmitter 120, and produces the transmission information It.

**[0259]** At step S1107, the transmitter 120 transmits the transmission information It to a physically distant point. In this case, a plurality of receiving units 1030 may correspond to one transmitting unit 1010.

**[0260]** In Fig. 16, a flow chart showing the operation performed by the receiving unit 1030 is shown.

**[0261]** At step S1201, the receiver 131 receives the transmission information It from the transmitter 120, and takes out a part or the whole of encrypted multiple information Ime from the inputted transmission information It.

**[0262]** At step S1202, the lower layer descrambler 132 receives the encrypted multiple information Ime obtained at step S1201, and decrypts the inputted encrypted multiple information Ime.

**[0263]** At step S1203, the demultiplexer 1033 separates the multiple information Im obtained at step S1202 for each encrypted information unit Iue, and takes out the encrypted information unit Iue.

**[0264]** At step S1204, the storage 1034 stores the encrypted information unit Iue using the encrypted information unit ID.

**[0265]** In Fig. 17, the details of the operations performed by the storage 1034 at step S1204 will be described below.

**[0266]** At step S1301, an encrypted information unit Iue is inputted from the demultiplexer 1033.

**[0267]** At step S1302, a value i of an encrypted information unit ID added to the encrypted information unit Iue inputted at step S1301 is obtained.

**[0268]** At step S1303, it is examined by retrieval whether or not the encrypted information unit Iue, to which the encrypted information unit ID having the value i is added, has been already stored in the storage 1034.

**[0269]** At step S1304, It is judged whether any encrypted information unit Iue is stored in the storage 1034 or not. When it is judged "YES", the procedure advances to step S1305. However, when it s judged "NO", the procedure advances to step S1306.

**[0270]** At step S1305, the encrypted information unit Iue inputted at step S1301 is added and stored. Thereafter, the procedure returns to step S1301. From step S1301, the processing is repeated.

45                           EP 0 903 886 B1                           46

[0271]    At step S1306, the encrypted information unit Iue, to which the encrypted information unit ID having the value i is added, currently stored is removed, and the encrypted information unit Iue inputted at step S1301 is stored instead. Thereafter, the procedure returns to step S1301. From step S1301, the processing is repeated.

[0272]    As described in the foregoing, the information unit Iu stored in the storage 1034 is encrypted as an encrypted information unit Iue. Even if contents of the storage 1034 is unfairly referred to, therefore, the secrecy is ensured. In the case of updating, the encrypted information unit ID is assigned to the parent encrypted information units Iue, thereby making it easy to take out the encrypted information unit ID from the encrypted information unit Iue outputted by the demultiplexer 1033. The encrypted information unit ID which can be easily taken out is only used, so that it is very simply feasible to perform updating processing of the contents of the storage 1034.

[0273]    By adding an information indicating whether or not updating is performed to the encrypted information unit ID, it is possible to simplify processing of the encrypted information unit Iue sent many times without being changed by the storage 1034. As examples of the information indicating whether or not updating is performed are;

(1) a flag indicating that updating is performed,
(2) a numerical value representing a version, and
(3) a checksum of the whole of information are considered.

[0274]    At step S1205, the procedure advances to step S1206 when the reproducer 1036 outputs reproduction designating information Idr, while being returned to step S1201 when it does not output the reproduction designating information Idr.

[0275]    At step S1206, the storage 1034 takes out the encrypted information unit Iue having the encrypted information unit ID designated by the reproduction designating information Idr outputted at step S1205 from the storage 1034. Then, the storage 1034 outputs the encrypted information unit Iue.

[0276]    At step S1207, when an information unit Iu to be taken out exists in a state where it is not encrypted in the encrypted information unit Iue inputted to the information unit descrambler 1035, the procedure advances to step S1209.

[0277]    At step S1208, the information unit descrambler 1035 decrypts once the encrypted information unit Iue in which there exists the information unit Iu to be taken out. Thereafter, the procedure returns to step S1207. At step S1209, the reproducer 1036 receives the information unit Iu outputted by the information unit descrambler 1035. Then, the reproducer 1036 generates the reproduction information Ir.

[0278]    At step S1210, the presenter 136 presents the reproduction information obtained at step S1209 to a user

in accordance with the format of the reproduction information.

[0279]    As described in the foregoing, the encrypted information unit ID is added to the encrypted information unit Iue. Additionally provided is the storage 1034. Thus, the encrypted information unit Iue stored in the storage 1034 can be updated to the newest one without performing decryption processing in the information unit descrambler 1035. When the user actually views the encrypted information unit Iue, the encrypted information unit Iue is decrypted by the information unit descrambler 1035.

[0280]    It is to be noted that the information unit descrambler 134 used in the foregoing embodiments should be able to decrypts the multiple encrypted information unit Iu (Ime) at the same time. Contrary, the information unit descrambler 1035 is free from such a restriction peculiar to the information unit descrambler 134, owing to that the encrypted information which is a result of one time decryption. Specifically, by receiving the information little by little from the storage 1034, it is possible to decrypts the encrypted information at slower processing speed compared with the speed at which the transmitter 120 transmits.

[0281]    Furthermore, it is also possible to temporarily outputs the encrypted information unit Iue into the storage 1034, only when the processing can not be completed within a determined period. This temporarily stored encrypted information is outputted to the information unit descrambler 1035, and then is processed thereat.

[0282]    As described in the above, a result of that the encrypted information unit Iue is little by little supplied from the storage 1034 to the information unit descrambler 1035, and then thus supplied encrypted information unit Iue is little by little outputted from the information unit descrambler 1035. Resultantly, the demultiplexer 1033 may demultiplex to dissolve the multiplexed information into each information unit at a slower speed compared with a transmission speed by the transmitter 120.

[0283]    The reproducer 1036 designates the contents of information to be supplied to the storage 1034 in accordance with the user's request. For this purpose, the reproducer 1036 produces the reproduction designating information Idr. Owing to this reproduction designating information Idr, it is possible to perform decryption at any optional timing. Thus, even if the encryption key is supplied later than the encrypted information (It), the receiving unit 1030 can process that encrypted information.

(Fifth Embodiment)

[0284]    With reference to Figs. 18, 19, and 20, an information transmission apparatus according to the fifth embodiment of the present invention is described. The information transmission apparatus 1400 includes a transmitting unit 1410, the transmitter 120, and a receiving unit 1430. Here below, descriptions of any of substantially the same components constructing the information trans-

mission apparatuses 100, 500, 500R, 800, 800R, or 1000 are generally omitted for reducing the redundancy.

**[0285]** The information transmission apparatus 1400 is constructed by removing such a restriction that the information unit scrambler 1012 recursively encrypts a plurality of times from the information transmission apparatus 1000 according to the fourth embodiment. Furthermore, the lower layer descrambler 132 and the information unit descrambler 1035 in the fourth embodiment are integrated into the descrambler 1432 in the fifth embodiment. It can be considered that the integration enables the descrambler 1432 to substitute for the function of the information unit descrambler 1035.

Transmitting unit 1410

**[0286]** The transmitting unit 1410 has a construction substantially the same as that of the transmitting unit 1010 shown in Fig. 14. Therefore, description is omitted.

Receiving unit 1430

**[0287]** The receiving unit 1430 has a construction very similar to that of the receiving unit 1030, such that the lower layer descrambler 132 and the information unit descrambler 1035 are replaced by a descrambler 1432.

**[0288]** The descrambler 1432 is connected to the receiver 131 and the storage 1034 for receiving the multiple information units Iue therefrom. Then, the descrambler 1432 outputs multiple information Im, when the encrypted multiple information Ime is inputted thereto. Further, the descrambler 1432 decrypts, when the encrypted information unit Iue is inputted thereto, the inputted encrypted information unit Iue, and outputs an information unit Iu which is the decryption result thereof . Thus obtained information unit Iu is directly supplied to the reproducer 1036.

**[0289]** The demultiplexer 1433 is connected to the descrambler 1432 for receiving the multiple information unit Im therefrom to demultiplex the received multiple information unit Im. Then, the demultiplexer 1433 produces the encrypted information unit Iue and send it to the storage 1034, when the multiple information unit Im from the descrambler 1432 is encrypted. The demultiplexer 1433 produces the information unit Iu and send it to the reproducer 1036, when the multiple information unit Im from the descrambler 1432 is not encrypted.

**[0290]** The storage 1034 is connected to the demultiplexer 1433 and the reproducer 1036 for receiving the encrypted information unit Iue and reproduction designating information Idr therefrom, respectively. The storage 1034 is further connected to the input port of the descrambler 1432. The storage 1034 stores the received encrypted information unit Iue therein, and replaces the stored encrypted information unit Iue when the encrypted information unit Iue is updated. Thus, the encrypted information unit Iue stored in the storage 1034 is kept the newest.

**[0291]** When the stored encrypted information unit Iue is designated by the received reproduction designating information Idr, the storage 1034 outputs the encrypted information unit Iue. This encrypted information unit Iue is directly fed back to the descrambler 1432.

**[0292]** The reproducer 1036 is connected to the demultiplexer 1433 for receiving the information unit Iu therefrom, and to the storage 1034 for supplying the reproduction designating information Idr thereto.

**[0293]** Note that descrambler 1432 can perform the decryption process at slower speed not conforming to the information transmission speed at the transmitter 120, owing to that the encrypted information Iue is supplied to the descrambler 1432 from the storage 1034 little by little. This is especially effective for the first and more inner, viewed from the outer shell, encrypted and more inner encrypted information units.

**[0294]** As described in the above, a result of that the encrypted information unit Iue is little by little supplied from the storage 1034 to the descrambler 1432. Resultantly, the demultiplexer 1433 may demultiplex to dissolve the first and more inner, viewed from the outer shell, multiplexed information units and at a slower speed compared with a transmission speed by the transmitter 120.

In Operation

**[0295]** With reference to Figs. 19 and 20, the operations of the information transmission apparatus 1400 is described briefly. In Fig. 19, a flow chart for operations performed by the transmitting unit 1410 and the transmitting unit 120 is shown.

**[0296]** At step S1501, the information unit generator 111 produces a plurality of information units Iu, and outputs the generated information units Iu.

**[0297]** At step S1502, the information unit scrambler 1012 respectively encrypts the information units Iu generated at step S1501, and takes the results thereof as encrypted information units Iue.

**[0298]** At step S1503, an encrypted information unit ID is added to the encrypted information units Iue generated at step S1502.

**[0299]** At step S1504, the multiplexer 113 multiplexes the encrypted information units Iue generated by the encryption at step S1502, and outputs the result thereof as multiple information Im.

**[0300]** At step S1505, the lower layer scrambler 114 encrypts the multiple information Im obtained by the multiplexing at step S1504, and produces the encrypted multiple information Ime. The encryption performed by the lower layer scrambler 114 shall use the same cipher as that in the encryption performed by the information unit scrambler 1012.

**[0301]** At step S1506, the sender 115 converts the encrypted multiple information Ime obtained by the encryption at step S1505 into a format which is suitable for transmission by the transmitter 120, and produces the transmission information It.

**[0302]** At step S1507, the transmitter 120 transmits the transmission information It to a physically distant point. In this case, a plurality of receiving units 1430 may correspond to one transmitting unit 1410.

**[0303]** In Fig. 20, a flow chart for operations performed by the receiving unit 1430 is shown.

**[0304]** At step 1601, the receiver 131 receives the transmission information It inputted from the transmitter 120, and takes out a part or the whole of encrypted multiple information Ime from the inputted transmission information It.

**[0305]** At step S1602, the descrambler 1432 receives the encrypted multiple information Ime obtained at step S1601. Then, the descrambler 1432 decrypts the received encrypted multiple information Ime, and produces the multiple information Im.

**[0306]** At step S1603, the multiplexer 1433 separates the multiple information Im obtained at step S1602 for each encrypted information unit Iue, and takes out the encrypted information unit Iue.

**[0307]** At step S1604, the storage 1034 stores the encrypted information unit Iue using the encrypted information unit ID.

**[0308]** At step S1605, the procedure advances to step 51606 when the reproducer 1036 outputs reproduction designating information Idr, while being returned to step S1601, when it does not output the reproduction designating information Idr.

**[0309]** At step S1606, the storage 1034 takes out the encrypted information unit Iue having the encrypted information unit ID designated by the reproduction designating information Idr outputted at step S1605 from the storage 1034. Then, the storage 1034 outputs the encrypted information unit Iue.

**[0310]** At step S1607, the descrambler 1432 decrypts the encrypted information unit Iue, to generate an information unit Iu. When the information unit Iu is encrypted once, the encrypted information unit Iue is decrypted once, thereby making it possible to generate an information unit Iu. Although, there is such a restriction that the information unit Iu is recursively encrypted a plurality of times in the fourth invention, the restriction is not placed in this invention.

**[0311]** At step S1608, the reproducer 1435 receives the information unit Iu outputted by the descrambler 1432, and produces the reproduction information Ir.

**[0312]** At step S1609, the presenter 1436 presents the reproduction information obtained at step S1608 to a user in accordance with the format of the reproduction information.

**[0313]** As described in the foregoing, the encryption performed by the information unit scrambler 1012 is made the same as the encryption performed by the lower layer scrambler 114. Thus, it possible for the single descrambler 1432 to decode a cipher used in not only the lower layer scrambler 114 but also the information unit scrambler 1012. That is, it is possible to decrypt the information unit Iu by preparing only one descrambler

which is not special.

**[0314]** Further, the encrypted information unit ID is added to the encrypted information unit Iue, and the storage 1034 is added, thereby making it possible to update the encrypted information unit Iue stored in the storage 1034 to the newest one without performing decryption processing in the descrambler 1432. When the user actually views the encrypted information unit Iue, the encrypted information unit Iue is decrypted by the descrambler 1432.

**[0315]** With reference to Fig. 21, an alternative of the information transmission apparatus 1400 of Fig. 18 is shown. The information transmission apparatus 1400R shown in Fig. 21 has a construction where the lower layer scrambler 114 is removed from the information transmission apparatus 1400. In this apparatus, the encryption for a lower layer transmission is performed not by the lower layer scrambler 114 (Fig. 18) but by the information unit scrambler 1012 (Fig. 21). Therefore information unit scrambler 1012 only have to encrypt under a certain encryption system used by a lower layer such as being performed by the transmitter 120. Needless to say, the information unit scrambler 1012 may be able to encrypt under various encryption systems including one suitable for the above mentioned lower layer transmission.

(Sixth Embodiment)

**[0316]** With reference to Figs. 22, 23, and 25, an information transmission apparatus according to the sixth embodiment of the present invention is described. The information transmission apparatus 1700 includes a transmitting unit 1710, the transmitter 120, and a receiving unit 1730. Here below, descriptions of any of substantially the same components constructing the information transmission apparatuses 100, 500, 500R, 800, 800R, 1000, 1400, and 1400R are generally omitted for reducing the redundancy.

**[0317]** In this embodiment, it is invented that the information unit Iu which is outputted from the descrambler 1732 is supplied back thereto, so that the descrambler 1732 can handle such information unit as been recursively encrypted a plurality of times.

Transmitting unit 1710

**[0318]** The transmitting unit 1710 has a construction substantially the same as that of the transmitting unit 1010 shown in Fig. 14. Therefore, description is omitted.

Receiving unit 1730

**[0319]** The receiving unit 1730 has a construction very similar to that of the receiving unit 1430 according to the fifth embodiment (Fig. 18), such that the descrambler 1432 is replaced by a descrambler 1732.

**[0320]** The descrambler 1732 is connected to the receiver 131 for receiving the encrypted multiple informa-

tion Ime therefrom, and produces the encrypted information unit Iue, the multiple information Im, or the information unit Iu. The descrambler 1732 has a loop line for returning thus produced encrypted information unit Iue thereto. The descrambler 1732 is also connected to the reproducer 1036 for supplying thus produced information unit Iu thereto, and to the demultiplexer 1433 for supplying thus produced multiple information Iu thereto. Further, the descrambler 1732 is bilaterally connected to the storage 1034 for exchanging the encrypted information unit Iue therebetween. The descrambler 1732 outputs, when the encrypted multiple information Ime is inputted thereto, multiple information Im, while decrypting, when the encrypted information unit Iue is inputted thereto, the encrypted information unit Iue, and outputs an information unit Iu which is the result thereof.

[0321]    The demultiplexer 1433 is connected to the descrambler 1732 for receiving the multiple information Im therefrom, and outputs an encrypted information unit Iue and/or the information unit Iu.

[0322]    The storage 1034 receives the encrypted information unit Iue outputted by the demultiplexer 1433 and demultiplexer 1732, and the reproduction designating information Idr outputted by the reproducer 1036. Then, the storage 1034 also outputs the encrypted information unit Iue to the descrambler 1732.

[0323]    The storage 1034 stores the received encrypted information unit Iue, and replaces, when the encrypted information unit Iue is updated, the stored encrypted information unit Iue, to update the encrypted information unit Iue to the newest one.

[0324]    When the stored encrypted information unit Iue is designated by the received reproduction designating information Idr, the storage 1034 outputs the encrypted information unit Iue.

[0325]    The reproducer 1036 receives the information unit Iu outputted by the descrambler 1732, and outputs the reproduction information Ir and the reproduction designating information Idr. It is to be noted that the descrambler 832 used in the third embodiment should be able to decrypts the multiple encrypted information unit Iu at the same time. Contrary, the descrambler 1732 is free from such a restriction that the descrambler 832, owing to that the encrypted information which is a result of one time decryption is temporarily stored in the storage 1034.

[0326]    Furthermore, it is also possible to temporarily outputs the encrypted information unit Iue into the storage 1034, only when the processing can not be completed within a determined period. This temporarily stored encrypted information is outputted to the information unit descrambler 1732, and then is processed thereat.

In Operation

[0327]    With reference to Fig. 23, the operations performed by the receiving unit 1730 will be described in detail.

[0328]    At step S1801, the receiver 131 receives the transmission information It from the transmitter 120, and takes out a part or the whole of the encrypted multiple information Ime from the received transmission information It.

[0329]    At step S1802, the descrambler 1732 receives the encrypted multiple information Ime obtained at step S1801. Then, the descrambler 1732 decrypts the received encrypted multiple information Ime, and produces the multiple information Im.

[0330]    At step S1803, the demultiplexer 1433 separates the multiple information Im obtained at step S1802 for each encrypted information unit Iue, and takes out the encrypted information unit Iue.

[0331]    At step S1804, the storage 1034 stores the encrypted information unit Iue using the encrypted information unit ID.

[0332]    At step S1805, the procedure advances to step S1806 when the reproducer 1036 outputs reproduction designating information Idr, while being returned to step S1801 when it does not output the reproduction designating information Idr.

[0333]    At step S1806, the storage 1034 takes out the encrypted information unit Iue having the encrypted information unit ID designated by the reproduction designating information Idr outputted at step S1805 from the storage 1034 storing the encrypted information unit Iue, and outputs the encrypted information unit Iue taken out.

[0334]    At step S1807, when an information unit Iu to be taken out exists in a state where it is not encrypted in the encrypted information unit Iue inputted to the descrambler 1732, the procedure advances to step S1809.

[0335]    At step S1808, the descrambler 1732 decrypts once the encrypted information unit Iue in which there exists the information unit Iu to be taken out. Thereafter, the procedure returns to step S1807.

[0336]    At step S1809, the reproducer 1036 receives the information unit Iu outputted by the descrambler 1732, and produces the reproduction information Ir which is reproducible information.

[0337]    At step S1810, the reproducer 136 presents the reproduction information Ir obtained at step S1809 to a user in accordance with the format of the reproduction information.

[0338]    As described in the foregoing, the recursive encryption is performed a plurality of times by the information unit scrambler 1012, and the same cipher system as that used in the information unit scrambler 1012 is used in the lower layer scrambler 114, thereby making it possible to perform decryption corresponding to all the plurality of times of encryption in the descrambler 1732.

[0339]    Further, the encrypted information unit ID is added to the encrypted information unit Iue, and the storage 1034 is added, thereby making it possible to update the encrypted information unit Iue stored in the storage 1034 to the newest one without performing decryption processing in the descrambler 1732. When the user actually views the encrypted information unit Iue, the encrypted information unit Iue is decrypted by the descram-

**EP 0 903 886 B1**

bler 1732.

**[0340]**   With reference to Fig. 24, an alternative of the information transmission apparatus 1700 of Fig. 22 is shown. The information transmission apparatus 1700R shown in Fig. 24 has a construction where the lower layer scrambler 114 is removed from the information transmission apparatus 1700. In this apparatus, the encryption for a lower layer transmission is performed not by the lower layer scrambler 114 (Fig. 22) but by the information unit scrambler 1012 (Fig. 24). Therefore information unit scrambler 1012 only have to encrypt under a certain encryption system used by a lower layer such as being performed by the transmitter 120. Needless to say, the information unit scrambler 1012 may be able to encrypt under various encryption systems including one suitable for the above mentioned lower layer transmission.

**[0341]**   As described in detail in the foregoing, according to the present invention, information units Iu are subjected to the same recursive encryption a plurality of times, and are decrypted a plurality of times by one descrambler. Therefore, it is possible to not only perform encryption having a larger degree of freedom, as compared with that in the conventional example, but also to simplify the information transmission apparatus by preventing a special descrambler and the addition of a descrambler, for example.

**[0342]**   Furthermore, an encrypted information unit ID added after the encryption of the information unit Iu is introduced, to update the contents of storage newly provided on the basis of the ID. In actually viewing the information unit Iu, the information unit Iu is decrypted by the descrambler. Therefore, it is not only feasible to simply manage the updating of the contents of the storage but also possible to prevent, because the stored information unit Iu is descrambled when it is viewed, users who do not pay fees from unfairly viewing the information unit Iu. Therefore, the present invention is high in affinity for a system of charging fees in the case of decryption.

**[0343]**   While the invention has been described in detail, the foregoing description is in all aspects illustrative and not restrictive. It is understood that numerous other modifications and variations can be devised without departing from the scope of the invention.

## Claims

**1.** An information transmission apparatus (110, 510, 510R, 1010) for an information transmission system (100, 500, 500R, 1000) where encrypted information (It) comprised of a plurality of information units (Iu), each hierarchically encrypted and multiplexed to each other is communicated from said transmission apparatus to a plurality of receiving apparatuses (130, 530, 1030), said transmission apparatus (110, 510, 510R, 1010) comprising:

an information unit producing means (111) for producing said plurality of information units (Iu); a first encryption means (112, 512, 1012) for accepting as input and encrypting an in formation unit (Iu), using one of a plurality of predetermined encryption systems to produce an encrypted information unit (Iue); and a multiplex means (113) for accepting an input and multiplexing said input with said encrypted information unit (Iue) to produce a multiplexed information unit (Im),

said input being any one of an information unit (Iu) or encrypted information unit (Iue), wherein said first encryption means (112, 512, 1012) is operable to accept as input and encrypt any of a multiplexed information unit (Im) or information unit (Iu), to produce a further encrypted information unit (Iue), thereby providing said encrypted information (It) with a hierarchical encryption structure,

a position of an information unit (Iu) within the hierarchical encryption structure correlates to one of a plurality of predetermined access permissions made available to users of said plurality of receiving apparatuses (130, 530, 1030), and

all information units encrypted by said first encryption means (112, 512, 1012) are to be decrypted by any receiving apparatus (130, 530, 1030)

having an appropriately purchased access permission.

**2.** An information transmission apparatus (110, 510, 1010) as claimed in claim 1, further comprising:

a second encryption means (114) for accepting as input and encrypting a multiplexed information unit (Im) with a predetermined encryption system to produce an encrypted multiplexed information unit (Ime).

**3.** An information transmission apparatus (510) as claimed in claim 2, wherein said predetermined encryption systems used in said first (512) and second (114) encryption means are the same.

**4.** An information transmission apparatus (510R) as claimed in claim 1, further comprising:

a transmitting means (115) for converting said multiplexed information unit (Im) into a format suitable for an efficient transmission.

**5.** An information transmission apparatus (510R) as claimed in claim 1, wherein said first encryption means (512) encrypts with an encryption system suitable for the transmis-

sion of information.

6. An information receiving apparatus (130, 530, 1030) for an information transmission system (100, 500, 500R, 1000) where an encrypted information (It) comprised of a plurality of information units (Iu), each hierarchically encrypted and multiplexed to each other is communicated from a transmission apparatus (110, 510, 510R, 1010) to a plurality of receiving apparatuses (130, 530, 1030), said receiving apparatus (130, 530, 1030) comprising:

a demultiplex means (133, 533, 1033) for accepting an input and demultiplexing said input into a first encrypted information unit (Iue) and any of a second encrypted information unit (Iue) or information unit (Iu), said input being a multiplexed information unit (Im); and
a decryption means (134, 532, 1035) for decrypting said first encrypted information unit (Iue), using one of a plurality of predetermined decryption systems to produce any of an information unit (Iu) or a multiplexed information unit (Im), wherein
all information units encrypted by said transmission apparatus (110, 510, 510R, 1010) are intended for decryption by said receiving apparatus (130, 530, 1030) upon purchase of an appropriate access permission.

7. An information receiving apparatus (1030) as claimed in claim 6, further comprising:

a storage means (1034) provided between said demultiplexing means (1033) and said decryption means (1035) for storing any of said first and second encrypted information units (Iue).

8. An information receiving apparatus (1030) as claimed in claim 7, further comprising:

a reproducing means (1036) for receiving said information units (Iu) from said decryption means (1035) to produce a reproduction information (Ir), said reproducing means (1036) requesting said storage means (1034) to supply said stored encrypted information unit (Iue) to said decryption means (1035).

9. An information transmission method for transmitting an encrypted information (It) comprised of a plurality of information units (Iu), each hierarchically encrypted and multiplexed to each other, which is communicated from a transmission apparatus (110, 510, 510R, 1010) to a plurality of receiving apparatuses (130, 530, 1030), said transmission method comprising the steps of:

producing (S301, S601, S1101) said plurality of information units (Iu);
encrypting (S302, S602, S1102) an information unit (Iu) using one of a plurality of predetermined encryption systems to produce an encrypted information unit (Iue);
multiplexing (S303, S603, S1104) at least one information unit (Iu) and said encrypted information unit (Iue) to produce a multiplexed information unit (Im); and
recursively encrypting (S302, S602, S1102) any of a multiplexed information unit (Im) or information unit (Iu), to produce a further encrypted information unit (Iue), and recursively multiplexing (S303, S603, S1104) any one of an information unit (Iu) or encrypted information unit (Iue) to produce a multiplexed information unit (Im), thereby providing said encrypted information (It) with a hierarchical encryption structure, wherein a position of an information unit (Iu) within the hierarchical encryption structure correlates to one of a plurality of predetermined access permissions made available to users of said plurality of receiving apparatuses (130, 530, 1030), and
all information units encrypted in said encryption step (S302, S603, S1104) are to be decrypted by any receiving apparatus (130, 530, 1030) having an appropriately purchased access permission.

10. An information transmission method as claimed in Claim 15, further comprising the step of:

encrypting (S304, S604, S1105) said multiplexed information (Im) with a predetermined encryption system to produce an encrypted multiplexed information unit (Ime).

11. An information transmission method as claimed in claim 10, wherein the predetermined encryption systems used in both encryption steps (S602, S604) are the same.

12. An information transmission method as claimed in claim 9, further comprising the step of:

converting (S605) said multiplexed information unit (Im) into a format suitable for an efficient transmission.

13. An information transmission method as claimed in claim 9, wherein said encrypting step (S602) encrypts with an encryption system suitable for the transmission of information.

14. An information receiving method for receiving an encrypted information (It) comprised of a plurality of

57                 **EP 0 903 886 B1**                 58

information units (Iu), each hierarchically encrypted and multiplexed to each other, which is communicated from a transmission apparatus (110, 510, 510R, 1010) to a plurality of receiving apparatuses (130, 530, 1030), said method comprising the steps of:

demultiplexing (S403, S703, S1203) a multiplexed information unit (Im) into a first encrypted information unit (Iue) and any of a second encrypted information unit (Iue) or information unit (Iu);
decrypting (S405, S704, S1208) said first encrypted information unit (Iue) using one of a plurality of predetermined decryption systems to produce any of an information unit (Iu) or multiplexed information unit (Im),
wherein
all information units encrypted by said transmission apparatus (110, 510, 510R, 1010) are intended for decryption by said receiving apparatus (130, 530, 1030) upon purchase of an appropriate access permission.

**15.** An information receiving method as claimed in claim 14, further comprising the step of:

storing (S1204) any of said first and second encrypted information units (Iue).

**16.** An information receiving method as claimed in claim 15, further comprising the step of:

taking out (S1206) said encrypted information units (Iue) from the storage; producing (S1209) a reproduction information (Ir).

**17.** An information transmission system (100, 500, 500R, 1000) for transmitting an encrypted information (It) comprised of a plurality of information units (Iu), each hierarchically encrypted and multiplexed to each other, said system comprising a transmission apparatus (110, 510, 510R, 1010) according to claim 1 and one or more receiving apparatuses (130, 530, 1030) according to claim 6, the encrypted information (It) being communicated from said transmission apparatus (110, 510, 510R, 1010) to the one or more receiving apparatuses (130, 530, 1030).

**18.** An information transmission system (100, 500, 1000) as claimed in Claim 17, wherein said transmission apparatus (110, 510, 1010) is a transmission apparatus according to claim 2..

**19.** An information transmission system (500) as claimed in claim 18, wherein said transmission apparatus (510) is a transmission apparatus according to claim 3.

**20.** An information transmission system (500R) as claimed in claim 17, wherein said transmission apparatus (510R) is a transmission apparatus according to claim 4.

**21.** An information transmission system (500R) as claimed in claim 17, wherein said transmission apparatus (510R) is a transmission apparatus according to claim 4.

**22.** An information transmission system apparatus (1000) as claimed in claim 17, wherein said receiving apparatus (1030) is a receiving apparatus according to claim 7.

**23.** An information transmission system (1000) as claimed in claim 22, wherein said receiving apparatus (1030) is a receiving apparatus according to claim 8.

**Patentansprüche**

**1.** Informationsübertragungsvorrichtung (110, 510, 510R, 1010) für ein Informationsübertragungssystem (100, 500, 500R, 1000), in dem verschlüsselte Information (It), die eine Vielzahl von Informationseinheiten (Iu) umfasst, die jeweils hierarchisch verschlüsselt und miteinander gemultiplext sind, von dieser Übertragungsvorrichtung an eine Vielzahl von Empfangsvorrichtungen (130, 530, 1030) übertragen werden, wobei die Übertragungsvorrichtung (110, 510, 510R, 1010) umfasst:

Informationseinheit-Herstellungsmittel (111) zum Herstellen der Vielzahl von Informationseinheiten (Iu);
erste Verschlüsselungsmittel (112, 512, 1012) zum Annehmen als Eingabe und Verschlüsseln einer Informationseinheit (Iu), unter Verwendung eines aus einer Vielzahl von vorbestimmten Verschlüsselungssystemen, um eine verschlüsselte Informationseinheit (Iue) herzustellen; und
ein Multiplexmittel (113) zum Annehmen einer Eingabe und Multiplexen dieser Eingabe mit der verschlüsselten Informationseinheit (Iue), um eine gemultiplexte Informationseinheit (Im) herzustellen,
wobei die Eingabe eine Informationseinheit (Iu) oder eine verschlüsselte Informationseinheit (Iue) ist, worin
das erste Verschlüsselungsmittel (112, 512, 1012) dazu angepasst ist, eine gemultiplexte Informationseinheit (Im) oder eine Informationseinheit (Iu) als eine Eingabe anzunehmen und zu verschlüsseln, um eine weitere verschlüsselte Informationseinheit (Iue) herzustellen, wo-

59                    **EP 0 903 886 B1**                    60

durch die verschlüsselte Information (It) mit einer hierarchischen Verschlüsselungsstruktur ausgestattet wird,
eine Position einer Informationseinheit (Iu) innerhalb der hierarchischen Verschlüsselungsstruktur korreliert mit einer aus einer Vielzahl von vorbestimmten Zugangsberechtigungen, die Benutzern der Vielzahl von Empfangsvorrichtungen (130, 530, 1030) zugänglich gemacht wird, und
alle Informationseinheiten, die vom ersten Verschlüsselungsmittel (112, 512, 1012) verschlüsselt wurden, sind von jeder beliebigen Empfangsvorrichtung (130, 530, 1030) zu entschlüsseln, die eine entsprechend erworbene Zugriffsberechtigung hat.

2.  Informationsübertragungsvorrichtung (110, 510, 1010) wie in Anspruch 1, weiterhin umfassend:

    ein zweites Verschlüsselungsmittel (114), um eine gemultiplexte Informationseinheit (Im) als Eingabe anzunehmen und mit einem vorbestimmten Verschlüsselungssystem zu verschlüsseln, um eine verschlüsselte gemultiplexte Informationseinheit (Ime) herzustellen.

3.  Informationsübertragungsvorrichtung (510) gemäß Anspruch 2, dass vorbestimmte Verschlüsselungssystem, das im ersten (512) und zweiten (114) Verschlüsselungsmittel verwendet wird, das gleiche ist.

4.  Informationsübertragungsvorrichtung (510R) gemäß Anspruch 1, weiterhin umfassend:

    ein Übertragungsmittel (115) zum Umwandeln der gemultiplexten Informationseinheit (Im) in ein Format, das für eine effiziente Übertragung geeignet ist.

5.  Informationsübertragungsvorrichtung (510R) wie in Anspruch 1, worin das erste Verschlüsselungsmittel (512) mit einem Verschlüsselungssystem verschlüsselt, das für die Übertragung von Information geeignet ist.

6.  Informationsempfangsvorrichtung (130, 530, 1030) für ein Informationsübertragungssystem (100, 500, 500R, 1000), in dem eine verschlüsselte Information (It), die in einer Vielzahl von Informationseinheiten (Iu) umfasst, die hierarchisch verschlüsselt und miteinander gemultiplext sind, von einer Übertragungsvorrichtung (110, 510, 510R, 1010) zu einer Vielzahl von Empfangsvorrichtungen (130, 530, 1030) übertragen wird, wobei die Empfangsvorrichtung (130, 530, 1030) umfasst:

ein Demultiplexmittel (133, 533, 1033), um eine Eingabe anzunehmen und die Eingabe in eine erste verschlüsselte Informationseinheit (Iue) und eine zweite verschlüsselte Informationseinheit (Iue) oder eine Informationseinheit (Iu) zu demultiplexen, wobei die Eingabe eine gemultiplexte Informationseinheit (Im) ist; und
ein Entschlüsselungsmittel (134, 532, 1035) zum Entschlüsseln der ersten verschlüsselten Informationseinheit (Iue) unter Verwendung einer Vielzahl von vorbestimmten Verschlüsselungssystemen, um eine Informationseinheit (Iu) oder eine gemultiplexte Informationseinheit (Im) herzustellen, worin
alle Informationseinheiten, die von der Übertragungsvorrichtung (110, 510, 510R, 1010) verschlüsselt wurden, zur Entschlüsselung durch die Empfangsvorrichtung (130, 530, 1030) nach Erwerb einer entsprechenden Zugangsberechtigung vorgesehen sind.

7.  Informationsempfangsvorrichtung (1030) gemäß Anspruch 6, weiterhin umfassend:

    ein Speichermittel (1034), das zwischen dem Demultiplexmittel (1033) und dem Entschlüsselungsmittel (1035) zur Verfügung gestellt ist, um jede der ersten und zweiten verschlüsselten Informationseinheiten (Iue) zu speichern.

8.  Informationsempfangsvorrichtung (1030) gemäß Anspruch 7, weiterhin umfassend:

    ein Wiedergabemittel (1036) zum Empfang der Informationseinheiten (Iu) vom Entschlüsselungsmittel (1035), um eine Wiedergabeinformation (Ir) herzustellen, wobei das Wiedergabemittel (1036) beim Speichermittel (1034) anfragt, die verschlüsselte Informationseinheit (Iue) dem Entschlüsselungsmittel (1035) zu liefern.

9.  Informationsübertragungsverfahren zum Übertragen einer verschlüsselten Information (It), die in eine Vielzahl von Informationseinheiten (Iu) umfasst, die hierarchisch verschlüsselt und miteinander gemultiplext sind, die von einer Übertragungsvorrichtung (110, 510, 510R, 1010) an eine Vielzahl von Empfangsvorrichtungen (130, 530, 1030) übertragen wird, wobei das Übertragungsverfahren folgende Schritte umfasst:

    Herstellen (S301, S601, S1101) der Vielzahl von Informationseinheiten (Iu);
    Verschlüsseln (S302, S602, S1102) einer Informationseinheit (Iu) unter Verwendung eines aus einer Vielzahl von vorbestimmten Verschlüsselungssystemen, um eine verschlüsselte Infor-

61                    EP 0 903 886 B1                    62

mationseinheit (Iue) herzustellen;

Multiplexen (S303, S603, S1104) von mindestens einer Informationseinheit (Iu) und der verschlüsselten Informationseinheit (Iue), um eine gemultiplexte Informationseinheit (Im) herzustellen; und

rekursives Verschlüsseln (S302, S602, S1102) einer gemultiplexten Informationseinheit (Im) oder Informationseinheit (Iu), um eine weitere verschlüsselte Informationseinheit (Iue) herzustellen und rekursives Multiplexen (S303, S603, S1104) einer Informationseinheit (Iu), oder der verschlüsselten Informationseinheit (Iue), um eine gemultiplexte Informationseinheit (Im) herzustellen, wodurch die verschlüsselte Information (It) mit einer hierarchischen Verschlüsselungsstruktur versehen wird, worin

eine Position einer Informationseinheit (Iu) innerhalb der hierarchischen Verschlüsselungsstruktur mit einer aus einer Vielzahl von vorbestimmten Zugriffsberechtigungen korreliert, die den Benutzern der Vielzahl von Empfangsvorrichtungen (130, 530, 1030) verfügbar gemacht wird, und

alle Informationseinheiten, die im Verschlüsselungsschritt (S302, S603, S1104) verschlüsselt wurden, von jeder beliebigen Empfangsvorrichtung (130, 530, 1030) zu entschlüsseln sind, die eine entsprechend erworbene Zugriffsberechtigung hat.

10. Informationsübertragungsverfahren gemäß Anspruch 15, weiterhin umfassend folgenden Schritt:

Verschlüsseln (S304, S604, S1105) der gemultiplexten Information (Im) mit einem vorbestimmten Verschlüsslungssystem, um eine verschlüsselte gemultiplexte Informationseinheit (Ime) herzustellen.

11. Informationsübertragungsverfahren gemäß Anspruch 10, worin die vorbestimmten Verschlüsselungssysteme, die in den beiden Verschlüsselungsschritten (S602, S604) verwendet werden, die gleichen sind.

12. Informationsübertragungsverfahren gemäß Anspruch 9, weiterhin umfassend folgenden Schritt:

Umwandeln (S605) der gemultiplexten Informationseinheit (Im) in ein Format, das für eine effiziente Übertragung geeignet ist.

13. Informationsübertragungsverfahren gemäß Anspruch 9, worin der Verschlüsselungsschritt (S602) mit einem Verschlüsselungssystem verschlüsselt, das für die Übertragung von Information geeignet ist.

14. Informationsempfangsverfahren zum Empfangen einer verschlüsselten Information (It), die eine Vielzahl von Informationseinheiten (Iu) umfasst, die jeweils hierarchisch verschlüsselt und miteinander gemultiplext sind, die von einer Übertragungsvorrichtung (110, 510, 510R, 1010) an eine Vielzahl von Empfangsvorrichtungen (130, 530, 1030) übertragen wird, wobei das Verfahren folgende Schritte umfasst.

Demultiplexen (S403, S703, S1203) einer gemultiplexten Informationseinheit (Im) in eine erste verschlüsselte Informationseinheit (Iue) und eine zweite verschlüsselte Infonnationseinheit (Iue) oder eine Informationseinheit (Iu);

Entschlüsseln (S405, S704, S1208) der verschlüsselten Informationseinheit (Iue) unter Verwendung einer Vielzahl von vorbestimmten Entschlüsselungssystemen, um eine Informationseinheit (Iu) oder eine gemultiplexte Informationseinheit (Im) herzustellen, worin

alle Informationseinheiten, die von der Übertragungsvorrichtung (110, 510, 510R, 1010) verschlüsselt wurden, zur Entschlüsselung durch die Empfangsvorrichtung (130, 530, 1030) nach Erwerb einer entsprechenden Zugriffsberechtigung vorgesehen sind.

15. Informationsempfangsverfahren gemäß Anspruch 14, das weiterhin folgenden Schritt umfasst:

Speichern (S 1204) jeder der ersten und zweiten verschlüsselten Informationseinheiten (Iue).

16. informationsempfangsverfahren gemäß Anspruch 15, das weiterhin folgenden Schritt umfasst:

Herausnehmen (S1206) der verschlüsselten Informationseinheiten (Iue) aus dem Speicher;
Herstellen (S 1209) einer Wiedergabeinformation (Ir).

17. Informationsübertragungssystem (100, 500, 500R, 1000) zur Übertragung einer verschlüsselten Information (It), die in eine Vielzahl von Informationseinheiten (Iu) umfasst, die jeweils hierarchisch verschlüsselt und miteinander gemultiplext sind, wobei das System eine Übertragungsvorrichtung (110, 510, 510R, 1010) gemäß Anspruch 1 und eine oder mehr Empfangsvorrichtungen (130, 530, 1030) gemäß Anspruch 6 umfasst, wobei die verschlüsselte Information (It) von der Übertragungsvorrichtung (110, 510, 510R, 1010) an die eine oder mehr Empfangsvorrichtungen (130, 530, 1030) übertragen wird.

18. Informationsübertragungssystem (100, 500, 1000) gemäß Anspruch 17,
worin die Übertragungsvorrichtung (110, 510, 1010)

eine Übertragungsvorrichtung gemäß Anspruch 2 ist.

**19.** Informationsübertragungssystem (500) gemäß Anspruch 18, worin die Übertragungsvorrichtung (510) eine Übertragungsvornchtung gemäß Anspruch 3 ist.

**20.** Informationsübertragungssystem (500R) gemäß Anspruch 17, worin die Übertragungsvorrichtung (510R) eine Übertragungsvorrichtung gemäß Anspruch 4 ist.

**21.** Informationsübertragungssystem (500R) gemäß Anspruch 17, worin die Übertragungsvorrichtung (510R) eine Übertragungsvorrichtung gemäß Anspruch 4 ist.

**22.** Informationsübertragungssystem (1000) gemäß Anspruch 17, worin die Empfangsvorrichtung (1030) eine Empfangsvorrichtung gemäß Anspruch 7 ist.

**23.** Informationsübertragungssystem (1000) gemäß Anspruch 22, worin die Empfangsvorrichtung (1030) eine Empfangsvorrichtung gemäß Anspruch 8 ist.

**Revendications**

**1.** Dispositif de transmission d'informations (110, 510, 510R, 1010) destiné à un système de transmission d'informations (100, 500, 500R, 1000), où des informations cryptées (It) constituées d'une pluralité d'unités d'informations (Iu), chacune étant hiérarchiquement cryptée et multiplexée avec les autres, sont communiquées depuis ledit dispositif de transmission vers une pluralité de dispositifs de réception (130, 530, 1030), ledit dispositif de transmission (110, 510, 510R, 1010) comprenant :

un moyen de production d'unités d'informations (111) destiné à produire ladite pluralité d'unités d'informations (Iu),
un premier moyen de cryptage (112, 512, 1012) destiné à recevoir en tant qu'entrée et à crypter une unité d'informations (Iu), en utilisant un système parmi une pluralité de systèmes de cryptage prédéterminés pour produire une unité d'informations cryptées (Iue), et
un moyen de multiplexage (113) destiné à recevoir une entrée et à multiplexer ladite entrée avec ladite unité d'informations cryptées (Iue) pour produire une unité d'informations multiplexées (Im),
ladite entrée étant l'une quelconque d'une unité d'informations (Iu) ou d'une unité d'informations cryptées (Iue), dans lequel
ledit premier moyen de cryptage (112, 512,

1012) peut être mis en oeuvre pour recevoir en tant qu'entrée et crypter l'une quelconque d'une unité d'informations multiplexées (Im) ou d'une unité d'informations (Iu), pour produire une autre unité d'informations cryptées (Iue), en procurant ainsi auxdites informations cryptées (It) une structure de cryptage hiérarchique,
une position d'une unité d'informations (Iu) à l'intérieur de la structure de cryptage hiérarchique est corrélée avec une autorisation parmi une pluralité d'autorisations d'accès prédéterminées disponibles pour les utilisateurs dé ladite pluralité de dispositifs de réception (130, 530, 1030), et
toutes les unités d'informations cryptées par ledit premier moyen de cryptage (112, 512, 1012) doivent être décryptées par un dispositif de réception quelconque (130, 530, 1030) ayant une autorisation d'accès achetée de façon appropriée.

**2.** Dispositif de transmission d'informations (110, 510, 1010) selon la revendication 1, comprenant en outre :

un second moyen de cryptage (114) destiné à recevoir en tant qu'entrée et à crypter une unité d'informations multiplexées (Im) avec un système de cryptage prédéterminé pour produire une unité d'informations multiplexées cryptées (Ime).

**3.** Dispositif de transmission d'informations (510) selon la revendication 2, dans lequel lesdits systèmes de cryptage prédéterminés utilisés dans lesdits premier (512) et second (114) moyens de cryptage sont les mêmes.

**4.** Dispositif de transmission d'informations (510R) selon la revendication 1, comprenant en outre :

un moyen de transmission (115) destiné à convertir ladite unité d'informations multiplexées (Im) sous un format approprié pour une transmission efficace.

**5.** Dispositif de transmission d'informations (510R) selon la revendication 1, dans lequel ledit premier moyen de cryptage (512) crypte avec un système de cryptage approprié à la transmission d'informations.

**6.** Dispositif de réception d'informations (130, 530, 1030) destiné à un système de transmission d'informations (100, 500, 500R, 1000), où des informations cryptées (It) constituées d'une pluralité d'unités d'informations (Iu), chacune étant hiérarchiquement cryptée et multiplexée avec les autres, sont commu-

65                    EP 0 903 886 B1                    66

niquées depuis un dispositif de transmission (110, 510, 510R, 1010) à une pluralité de dispositifs de réception (130, 530, 1030), ledit dispositif de réception (130, 530, 1030) comprenant :

un moyen de démultiplexage (133, 533, 1033) destiné à recevoir une entrée et à démultiplexer ladite entrée en une première unité d'informations cryptées (Iue) et l'une quelconque d'une seconde unité d'informations cryptées (Iue) ou d'une unité d'informations (Iu), ladite entrée étant une unité d'informations multiplexées (Im), et

un moyen de décryptage (134, 532, 1035) destiné à décrypter ladite première unité d'informations cryptées (Iue), en utilisant un système parmi une pluralité de systèmes de décryptage prédéterminés pour produire l'une quelconque d'une unité d'informations (Iue) ou d'une unité d'informations multiplexées (Im), dans lequel toutes les unités d'informations cryptées par ledit dispositif de transmission (110, 510, 510R, 1010) sont destinées à un décryptage par ledit dispositif de réception (130, 530, 1030) lors d'un achat d'une autorisation d'accès appropriée.

7.   Dispositif de réception d'informations (1030) selon la revendication 6, comprenant en outre :

un moyen de mémorisation (1034) disposé entre ledit moyen de démultiplexage (1033) et ledit moyen de décryptage (1035) afin de mémoriser l'une quelconque desdites première et seconde unités d'informations cryptées (Iue).

8.   Dispositif de réception d'informations (1030) selon la revendication 7, comprenant en outre :

un moyen de reproduction (1036) destiné à recevoir lesdites unités d'informations (Iu) dudit moyen de décryptage (1035) pour produire des informations de reproduction (Ir), ledit moyen de reproduction (1036) demandant audit moyen de mémorisation (1034) de fournir ladite unité d'informations cryptées mémorisées (Iue) audit moyen de décryptage (1035).

9.   Procédé de transmission d'informations destiné à transmettre des informations cryptées (It) constituées d'une pluralité d'unités d'informations (Iu), chacune étant hiérarchiquement cryptée et multiplexée avec les autres, lesquelles sont communiquées depuis un dispositif de transmission (110, 510, 510R, 1010) à une pluralité de dispositifs de réception (130, 530, 1030), ledit procédé de transmission comprenant les étapes consistant à :

produire (S301, S601, S1101) ladite pluralité

d'unités d'informations (Iu),
crypter (S302, S602, S1102) une unité d'informations (Iu) en utilisant un système d'une pluralité de systèmes de cryptage prédéterminés pour produire une unité d'informations cryptées (Iue) ,
multiplexer (S303, S603, S1104) au moins une unité d'informations (Iu) et ladite unité d'informations cryptées (Iue) pour produire une unité d'informations multiplexées (Im), et
crypter de façon récursive (S302, S602, S1102) l'une quelconque d'une unité d'informations multiplexées (Im) ou d'une unité d'informations (Iu), pour produire une autre unité d'informations cryptées (Iue), et de façon récursive (S303, S603, S1104) l'une quelconque d'une unité d'informations (Iu) ou d'une unité d'informations cryptées (Iue) pour produire une unité d'informations multiplexées (Im), en munissant ainsi lesdites informations cryptées (It) d'une structure de cryptage hiérarchique, dans lequel une position d'une unité d'informations (Iu) à l'intérieur de la structure de cryptage hiérarchique est corrélée avec une autorisation parmi une pluralité d'autorisations d'accès prédéterminées rendues disponibles aux utilisateurs de ladite pluralité de dispositifs de réception (130, 530, 1030), et
toutes les unités d'informations cryptées dans ladite étape de cryptage (S302, S603, S1104) doivent être décryptées par un dispositif de réception quelconque (130, 530, 1030) ayant une autorisation d'accès achetée de façon appropriée.

10.  Procédé de transmission d'informations selon la revendication 15, comprenant en outre l'étape consistant à :

crypter (S304, S604, S1105) lesdites informations multiplexées (Im) avec un système de cryptage prédéterminé pour produire une unité d'informations multiplexées cryptées (Ime).

11.  Procédé de transmission d'informations selon la revendication 10, dans lequel les systèmes de cryptage prédéterminés utilisés dans les deux étapes de cryptage (S602, S604) sont les mêmes.

12.  Procédé de transmission d'informations selon la revendication 9, comprenant en outre l'étape consistant à :

convertir (S605) ladite unité d'informations multiplexées (Im) sous un format approprié à une transmission efficace.

13.  Procédé de transmission d'informations selon la re-

67                                    **EP 0 903 886 B1**                                    68

vendication 9, dans lequel ladite étape de cryptage (S602) crypte avec un système de cryptage approprié à la transmission d'informations.

**14.** Procédé de réception d'informations destiné à recevoir des informations cryptées (It) constituées d'une pluralité d'unités d'informations (Iu), chacune étant hiérarchiquement cryptée et multiplexée avec les autres, lesquelles sont communiquées depuis un dispositif de transmission (110, 510, 510R, 1010) à une pluralité de dispositifs de réception (130, 530, 1030), ledit procédé comprenant les étapes consistant à :

démultiplexer (S403, S703, S1203) une unité d'informations multiplexées (Im) en une première unité d'informations cryptées (Iue) et l'une quelconque d'une seconde unité d'informations cryptées (Iue) ou d'une unité d'informations (Iu), décrypter (S405, S704, S1208) ladite première unité d'informations cryptées (Iue) en utilisant un système parmi une pluralité de systèmes de décryptage prédéterminés pour produire l'une quelconque d'une unité d'informations (Iu) ou d'une unité d'informations multiplexées (Im), dans lequel
toutes les unités d'informations cryptées par ledit dispositif de transmission (110, 510, 510R, 1010) sont destinées à un décryptage par ledit dispositif de réception (130, 530, 1030) lors d'un achat d'une autorisation d'accès appropriée.

**15.** Procédé de réception d'informations selon la revendication 14, comprenant en outre l'étape consistant à :

mémoriser (S1204) l'une quelconque desdites première et seconde unités d'informations cryptées (Iue).

**16.** Procédé de réception d'informations selon la revendication 15, comprenant en outre l'étape consistant à :

sortir (S1206) lesdites unités d'informations cryptées (Iue) de la mémoire,
produire (S1209) des informations de reproduction (Ir).

**17.** Système de transmission d'informations (100, 500, 500R, 1000) destiné à transmettre des informations cryptées (It) constituées d'une pluralité d'unités d'informations (Iu), chacune étant hiérarchiquement cryptée et multiplexée avec les autres, ledit système comprenant un dispositif de transmission (110, 510, 510R, 1010) selon la revendication 1 et un ou plusieurs dispositifs de réception (130, 530, 1030) selon la revendication 6, les informations cryptées (It) étant

communiquées depuis ledit dispositif de transmission (110, 510, 510R, 1010) aux un ou plusieurs dispositifs de réception (130, 530, 1030).

**18.** Système de transmission d'informations (100, 500, 1000) selon la revendication 17, dans lequel ledit dispositif de transmission (110, 510, 1010) est un dispositif de transmission selon la revendication 2.

**19.** Système de transmission d'informations (500) selon la revendication 18, dans lequel ledit dispositif de transmission (510) est un dispositif de transmission selon la revendication 3.

**20.** Système de transmission d'informations (500R) selon la revendication 17, dans lequel ledit dispositif de transmission (510R) est un dispositif de transmission selon la revendication 4.

**21.** Système de transmission d'informations (500R) selon la revendication 17, dans lequel ledit dispositif de transmission (510R) est un dispositif de transmission selon la revendication 4.

**22.** Dispositif de système de transmission d'informations (1000) selon la revendication 17, dans lequel ledit dispositif de réception (1030) est un dispositif de réception selon la revendication 7.

**23.** Système de transmission d'informations (1000) selon la revendication 22, dans lequel ledit dispositif de réception (1030) est un dispositif de réception selon la revendication 8.

EP 0 903 886 B1



Fig. 1

EP 0 903 886 B1

## Fig. 2



## Fig. 6



## Fig. 11



## Fig. 26



EP 0 903 886 B1



*Fig. 3*

Start

S301 — Information unit generator 111 generates information unit

S302 — Information unit scrambler 112 recursively encrypts information units to produce encrypted information units

S303 — Multiplexer 113 produces multiple information

S304 — Lower layer scrambler 114 produces encrypted multiple information

S305 — Sender 115 produces transmission information

S306 — Transmitter 120 transmits transmission information to a physically distant point

EP 0 903 886 B1



*Fig. 4*

EP 0 903 886 B1



Fig. 5

EP 0 903 886 B1

*Fig. 7*



*Fig. 8*



EP 0 903 886 B1



Fig. 9

EP 0 903 886 B1



Fig. 10



*Fig. 12*

EP 0 903 886 B1



Fig. 13

EP 0 903 886 B1



Fig. 14

## *Fig. 15*



EP 0 903 886 B1

*Fig. 16*



*Fig. 17*



EP 0 903 886 B1



Fig. 18

EP 0 903 886 B1

## Fig. 19



Start

S1501
Information unit generator 111 generates information unit

S1502
Information unit scrambler 1012 encrypts each information unit once to produce encrypted information units

S1503
To add encrypted information unit ID to encrypted information unit

S1504
Multiplexer 113 produces multiple information

S1505
Lower layer scrambler 114 produces encrypted multiple information with the same cipher as that used at step S1502

S1506
Sender 115 produces transmission information

S1507
Transmitter 120 transmits transmission information to a physically distant point

EP 0 903 886 B1

## Fig. 20



EP 0 903 886 B1



Fig. 21

EP 0 903 886 B1



Fig. 22

EP 0 903 886 B1

*Fig. 23*



EP 0 903 886 B1



Fig. 24

EP 0 903 886 B1



Fig. 25

EP 0 903 886 B1

*Fig. 27*



EP 0 903 886 B1

## Fig. 28

